FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2010 JAN 15  PM 4: 53

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. CR 10-130 JC |
| vs. | ) 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 2: Aiding and Abetting. |
| **CARL EMANUEL HAESE**, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about the October 15, 2008, in Doña Ana County, in the State and District of New Mexico, the Defendant, **CARL EMANUEL HAESE**, did unlawfully, knowingly and intentionally use interstate wire communication facilities in carrying out a scheme to defraud or obtain money by means of false pretenses, representations or promises.

In violation of 18 U.S.C. § 1343; and 18 U.S.C. § 2.

GREGORY J. FOURATT
United States Attorney

_Rudy Castellano_
_for_ MARK A. SALTMAN
ANDREA HATTAN
Assistant U.S. Attorneys
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM 88011
(575) 522-2304 - Tel.
(575) 522-2391 - Fax