IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )                                     | |
| Plaintiff,            ) | |
| )                                     | No. 2:10-CR-130-JAP |
| vs.                                                   ) | |
| )                                     | |
| **CARL EMANUEL HAESE**,            ) | |
| )                                     | |
| Defendant.            ) | |

<u>UNITED STATES' NOTICE OF SUBMISSION OF EXHIBITS 1-13
TO ITS RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM (DOC. 55)</u>

The United States of America hereby respectfully submits the attached documents — Exhibits 1-13 to its Response to Defendant Carl Emanuel Haese's sentencing memorandum (Doc. 55), filed January 4, 2012 — to the Court, Defendant, and the United States Probation Office.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney
/s/
*<u>Electronically Filed 1/4/12</u>*
MARK A. SALTMAN
ANDREA W. HATTAN
Assistant United States Attorneys
555 S. Telshor, Suite 300
Las Cruces, NM 88011
(575) 522-2304

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record, as well as the United States
Probation Office, on this date.
/s/
*<u>Electronically Filed 1/4/12</u>*
MARK A. SALTMAN
Assistant United States Attorney