February 27, 2010

U.S. Attorneys Office
District of New Mexico
555 S. Telshor – Suite 300
Las Cruces, NM  88011

Attn:  Jacquie Gutierrez

RE: United Staes v. Carl Haese, 10-CR-139 JC

Attached are copies of credit card statements for travel expenses associated with our visit and treatment
with Carl Haese.  I have all the original receipts but many are difficult to read let alone copy due to ink
fading over time.

When I first spoke with Mr. Haese (said he was a doctor)  I was in Oregon getting treatment for Lymes
disease with little success.  On two different phone conversations Mr. Haese stated that he had personally
treated and cured over 3,000 patients with Lymes disease so we immediately left Oregon in our RV and
went to Las Cruces.

I have submitted expenses incurred while staying in Las Cruces and then from Las Cruces to our home in
Florida.  No expenses getting from Oregon to New Mexico have been included.

Below is a listing of  expense by category:

| | |
|---|---|
| Dr. Haese | $5,110.00 |
| RV campsites   (lodging) | 411.62 |
| Gas | 476.91 |
| Food | 284.91 |
| Total | $6,283.44 |

Sincerely,

*Carol Munson*

Carol Munson
13020 SE 90th Court Road
Summerfield, FL  34491

EXHIBIT 1

**FINANCIAL IMPACT STATEMENT WORKSHEET**

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

**A. Crime Related Costs**

1.  List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

    _____ $ _____

    _____ $ _____

    _____ $ _____

2.  List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

    *Carl Haese* _____ $ *5,110.00*

    _____ $ _____

    _____ $ _____

3.  Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

    _____ $ _____

    _____ $ _____

    _____ $ _____

4.  If you had an funeral expenses, please list them.

    _____ $ _____

    _____ $ _____

    _____ $ _____

5. Please list any other expenses you incurred.  (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

_RV - Lodging_ _____ $ _411.62_

_Gas_ _____ $ _476.91_

_Food_ _____ $ _284.91_

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

   Amount of lost wages or income                                       $_____

**TOTAL OF CRIME RELATED COSTS**                                       $_____

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**                          $_____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**                                               $_____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
                                                                       $_____

2. Have you applied for Crime Victim Compensation Benefits?  Yes _____   No _____

   If you received any compensation as a result of your claim, please list the amount.
                                                                       $_____

Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                       $_____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_Carol Munson_                                          _2/27/10_
SIGNATURE                                                 DATE

CAROL MUNSON                                         10/27/2008


3-ANTI MICROBIAL INFUSIONS          $2,550.00
(850.00)x3


4-NUTRITIONAL SUPPORT IV'S          $1,180.00
(295.00)x4


4-DIOXYCHLOR IV'S                    $780.00
(195.00)x4


2-ST-8 TREATMENTS                    $300.00
(150.00)x2


2- FIR                               $300.00
(150.00)x2


TOTAL COST OF PROTOCOL              $5,110.00

# Citi® Platinum Select® AAdvantage®

AAdvantage is a registered trademark of American Airlines, Inc.

**citi**

## Customer Service:
1-888-528-8980

BOX 6062
SIOUX FALLS, SD
57117

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | | | New Balance |
| $27350 | $20320 | $16500 | $16500 | | | $7029.88 |
| Statement/Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | | | Minimum Amount Due |
| 10/30/2008 | $0.00 + | $0.00 + | $105.00 | = | | $105.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | | |
| 10/20 | 10/20 | 87185061 | PAYMENT THANK YOU | | | -4,000.00 |
| 10/16 | 10/16 | HPOHKLF* | WM SUPERCENTER | WOOD VILLAGE | OR | -14.38 |
| 10/16 | 10/16 | G2LBZNP4 | PORTLAND  FAIRVIEW RV PARIRVINE | | CA | -68.14 |
| 10/16 | 10/16 | 1FLS53V5 | KNECHTS-GRESHAM | GRESHAM | OR | -27.99 |
| | | | **Standard Purch** | | | |
| 9/29 | 10/01 | 8S5S0000 | FLYING J | TROUTDALE | OR | 81.96 |
| 9/29 | 10/01 | 81V*TLSD | WENDYS #7745     Q25 | TROUTDALE | OR | 6.06 |
| 9/30 | 10/01 | V*220647 | SAFEWAY STORE00004309 | GRESHAM | OR | 3.49 |
| 9/30 | 10/01 | BGC*QLV3 | TOLLGATE IN  RESTAURANT | SANDY | OR | 16.57 |
| 10/02 | 10/02 | QGDD51YD | FRED-MEYER #0660 | WOOD VILLAGE | OR | 12.78 |
| 10/02 | 10/02 | 17TZVLV3 | TASTE OF VILLAGE CHINESE | TROUTDALE | OR | 11.00 |
| 10/03 | 10/03 | 8FFH53V5 | KNECHTS-GRESHAM | GRESHAM | OR | 3.09 |
| 10/04 | 10/04 | YGLFG706 | REEDVILLE CAFE INC | HILLSBORO | OR | 23.45 |
| 10/06 | 10/06 | 4PMJ2T06 | DAIRY QUEEN #18389 Q68 | TROUTDALE | OR | 9.29 |
| 10/06 | 10/06 | 2GN*9NGW | CLEAN SYSTEMS | 503-341-2254 | OR | 124.69 |
| 10/06 | 10/06 | WQFMO*Q4 | PORTLAND  FAIRVIEW RV PARIRVINE | | CA | 468.90 |
| 10/07 | 10/07 | MHLCYBF* | WM SUPERCENTER | WOOD VILLAGE | OR | 26.88 |
| 10/07 | 10/07 | DHLCYBF* | WM SUPERCENTER | WOOD VILLAGE | OR | 29.12 |
| 10/08 | 10/08 | GWBXGL16 | CALAMITY JANES | SANDY | OR | 14.24 |
| 10/09 | 10/09 | M3SX0000 | FLYING J | TROUTDALE | OR | 36.18 |
| 10/09 | 10/09 | 8HHWYNV3 | TASTE OF VILLAGE CHINESE | TROUTDALE | OR | 9.75 |
| 10/10 | 10/10 | 9P7DWKI6 | MARIE CALLENDER'S #247 | GRESHAM | OR | 7.59 |
| 10/10 | 10/10 | NXGYT132 | BLOCKBUSTER VIDEO #41092 | TROUTDALE | OR | 1.98 |
| 10/12 | 10/12 | PKSO9*K4 | AMERICAN DREAM PIZZA - | CORVALLIS | OR | 12.95 |
| 10/13 | 10/13 | OBWHXHF* | WM SUPERCENTER | WOOD VILLAGE | OR | 37.50 |
| 10/14 | 10/14 | C2LS0000 | FLYING J | TROUTDALE | OR | 35.00 |
| 10/14 | 10/14 | GHMJ2T06 | DAIRY QUEEN #18389 Q68 | TROUTDALE | OR | 8.24 |
| 10/14 | 10/14 | 7QZ71*BQ | FRED-MEYER #0660 | WOOD VILLAGE | OR | 28.35 |
| 10/14 | 10/14 | S7G6B100 | LOWES #01114* | WOOD VILLAGE | OR | 6.92 |
| 10/16 | 10/16 | T*ZYO000 | FLYING J | TROUTDALE | OR | 18.55 |
| 10/16 | 10/16 | 9BZYO000 | FLYING J | TROUTDALE | OR | 20.29 |
| 10/16 | 10/16 | TP5Z0000 | FLYING J | TROUTDALE | OR | 11.92 |
| 10/16 | 10/16 | YPOHKLF* | WM SUPERCENTER | WOOD VILLAGE | OR | 64.47 |
| 10/16 | 10/16 | 44CO9NGW | THE BRAKE AND MUFFLER SHOFAIRVIEW | | OR | 334.95 |
| 10/16 | 10/16 | P57R7TV3 | TASTE OF VILLAGE CHINESE | TROUTDALE | OR | 10.75 |
| 10/17 | 10/17 | F9F9JGO0 | C STORE 6242 | PHOENIX | AZ | 20.40 |
| 10/17 | 10/17 | 89F9JGO0 | C STORE 6242 | PHOENIX | OR | 75.00 |
| 10/17 | 10/17 | LO4VX8B8 | DAIRY QUEEN #17586 | SUTHERLIN | OR | 7.28 |
| 10/18 | 10/18 | 44XY9CO8 | ROLLING HILLS RV PARK | CORNING | CA | 25.00 |
| 10/18 | 10/18 | CJSF1000 | FLYING J | LODI | CA | 84.99 |
| 10/19 | 10/19 | MBZ598ML | MCDONALDS F25987 | LEBEL | CA | 7.16 |
| 10/19 | 10/19 | G8FOHGO0 | OLDE TYME PASTRIES | TURLOCK | CA | 10.24 |
| 10/20 | 10/20 | 25*JSTYF | SHELL OIL 57442071304 | LEBEC | CA | 10.90 |
| 10/20 | 10/20 | I8C·IIZML | DENNY'S #7968 | NEWHALL | CA | 11.41 |
| 10/22 | 10/22 | BRZKBS*8 | WW7RPDO0 | LAS CRUCES | NM | 51,130.00 |
| 10/22 | 10/22 | Y3WWTZLQ | CARL'S JR #342     Q34 | MONTCLAIR | CA | 10.65 |
| 10/23 | 10/23 | OSZ5F66S | AUTOZONE #5616 | MONTCLAIR | CA | 10.75 |
| 10/23 | 10/23 | Y6BHC4X2 | TASTY GOODYS | UPLAND | CA | 5.39 |
| 10/24 | 10/24 | W6HDPHYL | ZIP TRAVEL CENTER | SALOME | AZ | 20.21 |
| 10/24 | 10/24 | 6W1XJTYF | TA #41 COACHELLA | COACHELLA | CA | 63.79 |
| 10/25 | 10/25 | RKMRY7ML | SHELL OIL 57441532009 | WILLCOX | AZ | 9.45 |
| 10/25 | 10/25 | LYSN1HS5 | DENNY'S #6913 | TUCSON | AZ | 76.33 |
| 10/26 | 10/26 | Q*01QO*8 | VILLAGE INN PANCAKE HOUS | LAS CRUCES | NM | 13.07 |
| 10/26 | 10/26 | 1M9IX744 | CHURCH'S #447     Q44 | LAS CRUCES | NM | 14.04 |
| 10/26 | 10/26 | XD54ZFO0 | WAL-MART #0806 | LAS CRUCES | NM | 9.93 |
| 10/27 | 10/27 | | PEOPLE'PC INT SVC | 866-226-1015 | CA | 75.56 |
| | | | | | | 14.90 |

SEND PAYMENTS TO:  CITI CARDS P.O. BOX 6420 THE LAKES, NV 88901-6420
PLEASE FOLLOW PAYMENT INSTRUCTIONS ON REVERSE SIDE. PAYMENT MUST BE RECEIVED BY 5:00 PM LOCAL TIME ON 11/19/2008

1776N

FOOD

GAS

RV-Lodging

citi

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| 10/28 | 10/28 | NXXKF8K4 | DION'S #12 | LAS CRUCES | NM | 14.25 |
| 10/28 | 10/28 | 5DLL7XWB | ALBERTSONS #925 | LAS CRUCES | NM | 9.10 |
| 10/28 | 10/28 | DX1KBF90 | THE HOME DEPOT 3505 | LAS CRUCES | NM | 4.79 |
| 10/29 | 10/29 | JL*C5YVO | GOLDEN CORRAL 547 | LAS CRUCES | NM | 11.98 |

```
*** AMERICAN AIRLINES AADVANTAGE(R) MILES UPDATE ***
     AAdvantage(R) Miles - Accumulated
                          this month:       7,095
AAdvantage(R) Miles - American Airlines
     travel purchases this month:           0
```

Save stamps, checks, envelopes and trees... with Online Bill Payment. You also save time by paying your credit card bill online. Pay your bill by 5 pm ET on a weekday to post the same day. You can even schedule payments in advance - it's safe, fast and easy! Sign up now at www.citicards.com

Receive $10 OFF Your First 20Lb Gift Box of Florida Citrus! Navels, Grapefruit or Mixed. Reg: $36.95. Intro price: $26.95, plus S&H. Ends 01/15. To Order, call 1-866-743-6277 and ask for Dept. O7X. Or log on to www.enjoycitrus.com and enter Dept. O7X. An offer from Al's Family Farms (not a Citi(R) company).

Support Operation HOPE's 5 Million Kids Campaign. Financial literacy nonprofit, Operation HOPE, promotes "Silver Rights" teaching kids that staying in school helps lead to financial success. Help break the cycle of the high school drop-out epidemic in America. Visit the 5 Million Kids Campaign at www.5millionkids.org/CITI.

| Account Summary | Previous Balance | (+) Purchases & Advances | (-) Payments & Credits | (+) FINANCE CHARGE | (=) New Balance |
|---|---|---|---|---|---|
| PURCHASES | $3,934.66 | $7,205.73 | $4,110.51 | $0.00 | $7,029.88 |
| ADVANCES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | $3,934.66 | $7,205.73 | $4,110.51 | $0.00 | $7,029.88 |

Days This Billing Period: 30

| Rate Summary | Balance Subject to Finance Charge | Periodic Rate | Nominal APR | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|
| PURCHASES | | | | |
| Standard Purch | $0.00 | 0.03970%(D) | 14.490% | 14.490% |
| ADVANCES | | | | |
| Standard Adv | $0.00 | 0.05477%(D) | 19.990% | 19.990% |

# Citi® Platinum Select® AAdvantage®

AAdvantage is a registered trademark of American Airlines, Inc.

**Citi**

Account Number

**Customer Service:**
1-888-528-8980

BOX 6062
SIOUX FALLS, SD
57117

| | Total Credit Line | Available Credit Line | Cash Advance Limit | Available Cash Limit | New Balance |
|---|---|---|---|---|---|
| | $27350 | $26008 | $16500 | $16500 | $1341.82 |
| Statement/ Closing Date | Amount Over Credit Line | Past Due | Purch/Adv Minimum Due | | Minimum Amount Due |
| 11/28/2008 | $0.00 + | $0.00 + | $20.00 = | | $20.00 |

| Sale Date | Post Date | Reference Number | Activity Since Last Statement | | | Amount |
|---|---|---|---|---|---|---|
| | | | **Payments, Credits & Adjustments** | | | |
| | 11/14 | 83066081 | PAYMENT THANK YOU | | | -7,600.00 |
| | | | **Standard Purch** | | | |
| 10/30 | 10/31 | KGQTD4XG | OUTBACK #5114 | LAS CRUCES | NM | 28.45 |
| 10/31 | 10/31 | RSBPR3SB | BIG 5 SPORTING #265 | LAS CRUCES | NM | 32.13 |
| 11/01 | 11/01 | TJ*S1000 | FLYING J | ANTHONY | TX | 70.54 |
| 11/01 | 11/01 | 8BZLF3V5 | WIENERSCHNITZEL #499 Q42 | LAS CRUCES | NM | 6.31 |
| 11/01 | 11/01 | WD2Z86B8 | BURGER KING #5935 Q07 | LAS CRUCES | NM | 6.19 |
| 11/02 | 11/02 | LHD68XWB | ALBERTSONS #925 | LAS CRUCES | NM | 37.39 |
| 11/02 | 11/02 | QYCYF66S | SIESTA RV PARK | LAS CRUCES | NM | 216.00 |
| 11/03 | 11/03 | HMP388ML | LORENZO'S AVANTI | LAS CRUCES | NM | 33.21 |
| 11/04 | 11/04 | 1B4H7XWB | ALBERTSONS #909 | LAS CRUCES | NM | 24.90 |
| 11/04 | 11/04 | P8G4G66S | SIESTA RV PARK | LAS CRUCES | NM | 54.00 |
| 11/05 | 11/05 | P8HL1OOO | FLYING J | ANTHONY | TX | 25.29 |
| 11/05 | 11/05 | BOLV08S5 | DAIRY QUEEN # 14674 | VAN HORN | TX | 9.51 |
| 11/05 | 11/05 | 78*4K8ML | TOWN & COUNTRY # 0254 | COLORADO CITY | TX | 37.29 |
| 11/06 | 11/06 | VQ9TDBF* | WM SUPERCENTER | PLANO | TX | 7.76 |
| 11/06 | 11/06 | 5TBPVYYF | SHELL OIL 57541785507 | SANTO | TX | 76.41 |
| 11/06 | 11/06 | X6H68XB7 | SPRING CREEK VILLAGE A | PLANO | TX | 31.00 |
| 11/06 | 11/06 | MP*F8RYT | TEXAS LAND & CATTLE7725 | PLANO | TX | 41.90 |
| 11/07 | 11/07 | N2SGZT2D | WINGSTOP 969 | FRISCO | TX | 8.65 |
| 11/07 | 11/07 | DTJ59XB7 | SPRING CREEK VILLAGE A | PLANO | TX | 31.00 |
| 11/08 | 11/08 | X6WFQ11O | BABES CHICKEN DINNER HOUSE | FRISCO | TX | 23.38 |
| 11/08 | 11/08 | BYGGQKDF* | WM SUPERCENTER | PLANO | TX | 16.92 |
| 11/08 | 11/08 | MWHZ3WYF | SHELL OIL 57520862509 | MCKINNEY | TX | 43.79 |
| 11/08 | 11/08 | 3BJ3*XB7 | SPRING CREEK VILLAGE A | PLANO | TX | 31.00 |
| 11/08 | 11/08 | K94VD66S | THE ABBEY TEXAS CAFE | FRISCO | CA | 26.90 |
| 11/09 | 11/09 | F2940000O | FLYING J | GREENWOOD | LA | 62.30 |
| 11/09 | 11/09 | O1MJT*O6 | BURGER KING #7683 Q07 | NATCHITOCHES | LA | 8.37 |
| 11/10 | 11/10 | GNOO*1OB | EXXONMOBIL   47180609 | KENNER | LA | 15.32 |
| 11/10 | 11/10 | DCNYJPND | STEVES MARINA RESTAURA | GULFPORT | MS | 19.00 |
| 11/10 | 11/10 | 1G39PJ1Q | TEXACO 00352126 | NEW ORLEANS | LA | 70.97 |
| 11/11 | 11/11 | VHY5PHYL | TA # 178 MARIANNA | MARIANNA | FL | 1.78 |
| 11/11 | 11/11 | B13VOJYL | MCDONALD'S M4252 OF FL | LAMONT | FL | 5.99 |
| 11/11 | 11/11 | 3JY5PHYL | TA # 178 MARIANNA | MARIANNA | FL | 75.00 |
| 11/12 | 11/12 | 3G51LBCF | KANGAROO EXPRESS 2120 | SUMMERFIELD | FL | 25.20 |
| 11/12 | 11/12 | 879W5VBF | PUBLIX 004 | THE VILLAGES | FL | 11.27 |
| 11/13 | 11/13 | DT845JF* | WM SUPERCENTER | SUMMERFIELD | FL | 32.32 |
| 11/13 | 11/13 | ST845JF* | WM SUPERCENTER | SUMMERFIELD | FL | 63.31 |
| 11/13 | 11/13 | TOB8KYCF | WALGREENS #6723 | LADY LAKE | FL | 10.70 |
| 11/14 | 11/14 | FSPGK31H | PIZZA HUT   06220743 | BELLEVIEW | FL | 7.99 |
| 11/15 | 11/15 | PR2Q9LF* | WM SUPERCENTER | THE VILLAGES | FL | 5.98 |
| 11/15 | 11/15 | LXLV5*FF | STEAK-N-SHAKE0674 Q99 | THE VILLAGES | FL | 11.32 |
| 11/17 | 11/17 | GSPQRZ58 | KING GARDEN RESTAURANT | SUMMERFIELD | FL | 12.51 |
| 11/19 | 11/19 | NR9O7RF* | WM SUPERCENTER | SUMMERFIELD | FL | 156.35 |
| 11/20 | 11/20 | 8WH74TO6 | RAINTREE NUTRITION INC | 775-841-4142 | NV | 52.50 |
| 11/21 | 11/21 | WTR8IL0O | VCI*VITACOST.COM | 800-793-2601 | FL | 132.81 |
| 11/22 | 11/22 | MCLHT7ML | HESS 00536 | LEESBURG | FL | 9.52 |
| 11/22 | 11/22 | FTZ5F66S | KAZBOR'S GRILLE | CLERMONT | FL | 20.89 |
| 11/23 | 11/23 | DPCRLVRF | PUBLIX 004 | THE VILLAGES | FL | 36.83 |
| 11/24 | 11/24 | SSKDTX7M | PETCO 2733   63527337 | THE VILLAGES | FL | 13.97 |
| 11/24 | 11/24 | OGC9C5OO | CUMBERLANDFRM 92002640 | HOMOSASA | FL | 11.40 |
| 11/26 | 11/26 | QLKXMZF* | WM SUPERCENTER | SUMMERFIELD | FL | 52.23 |
| 11/26 | 11/26 | 76KK88lO | USPS 11384092 4 | SUMMERFIELD | FL | 8.40 |
| 11/27 | 11/27 | M1VX5DOO | PEOPLE PC INT SVC | 866-226-1015 | CA | 14.90 |
| 11/27 | 11/27 | R8LW1G12 | FEDEX SHP 11/24/08 AB# | 862-746746664 | TN | 29.04 |

# RIVER'S EDGE
## RV
# CAMPGROUND
### On the Yellow River

4001 Log Lake Rd.
Holt, FL 32564
I-10, Exit 45
**850-537-CAMP (2267)**

- Hunting & Fishing
- Boating
- Boat Launching
- Pull Thru's
- Dump Station
- Water All Spaces
- Electric All Spaces
- Nature Trails
- Laundry
- Pavilion
- 24 Hour Security
- Clubhouse
- LP Gas

Date: 11-10-08
To: Munson                              # 93

| | | | |
|---|---|---|---|
| | 1 Nite | 22 | 50 |
| | | 22 | 50 |
| | A  11-10 | | |
| | D  11-11 | | |
| AM 30 | | | |
| | 656800568C | | |
| AM | | | |

## FRENCHMAN'S WILDERNESS CAMPGROUND
Butte La Rose, Exit 121 Off I-10
337-228-2616

Name _Munson_
Address _____
City, State _____ Zip _____
Signature _____
Phone _____
No. Person _2_       Date In _11-9-08_
Adults _2_            Date Out _11-10-08_
Children _____       No. of Days __1__

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money or valuables of any kind and loss from Act of God.

**Notice To All Registered Campers:**
You as the registered camper, assume responsibility for the conduct and action of all guests and visitors to your site. Please be sure your visitors are registered and they abide by the rules.

CHECK IN TIME 2:00 P.M.
CHECK OUT TIME 2:00 P.M.

Site No. **93**

Thank You!

4701

| | |
|---|---|
| Camping Charge | 26 12 |
| Extra Person | _____ |
| Tax | _____ |
| Total Charges | _____ |
| Advance Deposit | _____ |
| Balance Paid | 26 12 |

RV - Lodging

PAID CASH



U.S. ATTORNEY'S OFFICE
RECEIVED
LAS CRUCES, NM
2010 MAR 10 AM 11: 31

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 16280    WASHINGTON DC

POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

UNITED STATES ATTORNEYS OFFICE
DISTRICT OF NEW MEXICO
555 S TELSHOR  STE 300
LAS CRUCES  NM  88011

Attention: Jacquie Gutierrez

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES