# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

*[Handwritten across page: "SEE ATTACHMENT"]*

EXHIBIT 2

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

    _____ $ _____

    _____ $ _____

    _____ $ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

    Amount of lost wages or income                                          $ _____

**TOTAL OF CRIME RELATED COSTS**                                            $ _____

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

    **Property, Auto or Homeowners Insurance**                              $ 0̸

    Name of Company _____ Claim Number _____

    Address: _____ Phone Number _____

    **Medical Insurance**                                                   $ 0̸

    Name of Company _____ Claim Number _____

    Address: _____ Phone Number _____

    Other (list source and amount and please use additional paper if necessary.)
                                                                            $ 0̸

2. Have you applied for Crime Victim Compensation Benefits? Yes ____ No ✗

    If you received any compensation as a result of your claim, please list the amount.
                                                                            $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                            $ 0̸

Please write any additional information you would like the judge to know about the money this crime has cost you.

_____          _____3-10-10_____
          SIGNATURE                                 DATE

To: Jackie Gutierrez

## Medical Expences Incurred

| | | |
|---|---|---:|
| Treatment | Carl Haese | 1000.00 |
| | | 4999.99 |
| Medication | ITC Pharmacy | 479.50 |
| Medication | Dr. Dana Young | 287.48 |
| Medication | Pharmaca Integrated Pharmacy | 53.89 |
| Treatment | Dr. George Baca MD | 30.00 |
| Medication | Be Young | 135.84 |
| | | 6.15 |
| Medication | BioPure | 502.13 |
| Medication | Lexapro- Anxiety- Walgreens (269.49 x 9   07/09 – 03/10) | 2425.41 |
| Medication | ITC Pharmacy-Anxiety | 68.10 |
| Medication | PSC | 316.76 |
| Medication | Pharmaca | 72.57 |
| Hospital | Hospital Emergency- Panic Attack | 223.22 |
| Treatment 2 | Dr. Lee Gerdis- Post Traumatic Stress Disorder | 2,700.00 |
| Medication | VMHE | 691.30 |
| Medication | ITC Pharmacy | 70.85 |
| Treatment | Dr. Robert Morey | 1065.18 |
| Treatment | Dr. Merchant 12/16/08 | 150.00 |
| | 2/24/09 | 150.00 |
| | 3/30/09 | 150.00 |
| | 5/21/09 | 150.00 |
| | 6/10/09 | 230.00 |
| Treatment | Debra Pirtle Reflexology | 700.00 |

**$16,658.33**

## Other Crime Related Expenses

| | | |
|---|---|---:|
| Guns | Sportsman Warehouse | 894.53 |
| Guns/ammo | Caliber's | 504.03 |
| Ammo | Caliber's | 640.49 |
| Guns/ammon | Caliber's | 432.42 |
| Moving Expense | Home Depot | 996.31 |

| | | |
|---|---|---:|
| Moving Expense | Bed Bath and Beyond | 171.22 |
| | | 74.49 |
| | | 54.44 |
| | Office Max | 67.16 |
| | Office Max | 152.13 |
| Moving Expense | Southwest Airlines | 215.40 |
| Moving Expense | Sam's Club | 1601.14 |
| Moving Expense | Mattress King | 919.23 |
| Moving Expense | Home Depot | 234.32 |
| Moving Expense | UPS store | 99.00 |
| Moving Expense | Frontier Air | 59.60 |
| Moving Expense | Stein Mart | 108.94 |
| Moving Expense | Home Depot | 43.21 |
| Moving Expense | Walmart | 93.41 |
| Moving Expense | Bed Bath and Beyond | 156.95 |
| | | 171.22 |
| Moving Expense | Home Depot | 94.59 |
| Correspondence | UPS Store | 11.00 |
| Moving Expense | Uhaul | <u>431.00</u> |

$8226.23

Total Spent      $16,658.33 + $8226.23     **$24,884.60**

This figure does not include emotional and traumatic expense. This is just what we had to spend to cope with Carl Haese. This does not include emotional trauma on me and my family which I will let the court decide

Please see affadavit attached.

Pastor Todd Stockton

Jacquie - You should have you this!

IF I HAVE TO TAke Lexapro - ANTi pANic Drug For 3 more years, THAT Equals AN Additional $3600°° NoT Covered by insurance.

TODD





```
BIG 5 SPORTING GOODS

1624991      1 2427        341        002

3707122  REM UMC 115GR 9MM LUGER
           78.99          2         157.98
* Layaway item
0633966  REM UMC 9MM GRN BOX
           16.99          5          84.95
* Layaway item
0000000  Deposits Made
           255.32         1         255.32

                        Subtotal    255.32
                        TOTAL      $255.32

                      Credit Card   255.32

Type: Visa
Acct# ********0287
Auth# 04203B

Layaway Acct#0034100209273002427
                Amount + Tax       255.32
                Payments Made      255.32

                BALANCE              0.00

          THANK YOU FOR SHOPPING AT BIG 5!

10/01/09  11:29
```

# BIG 5
## PAID IN FULL
## SPECIAL ORDER

CUSTOMER'S NAME / PHONE NUMBER / APARTMENT # 
ADDRESS / CITY / STATE / ZIP / DATE
OWNER'S SIGNATURE

| ITEM DESCRIPTION | SKU# | QTY | PRICE (EA.) |
|---|---|---|---|
| Rem UMC 115 GR 9mm Luger | 3707122 | 2 | 78.99 |
| Rem UMC 9mm GRN Box | 633966 | 5 | 16.99 |
| | | | |

AUTHORIZING MANAGER'S SIGNATURE    DATE  10/1/09
FULL TRANSACTION NUMBER  2427
ESTIMATED PICK-UP DATE  10/2/09

DATE RECEIVED    MGR'S INITIALS
RECEIVER'S SIGNATURE   SPECIAL ORDER COMPLETED

Case 2:10-cr-00130-JAP   Document 56-2   Filed 01/04/12   Page 7 of 12



**TODD STOCKTON**
RX # 1664422-03489            DATE: 02/25/10

**AMBIEN CR 12.5MG TABLETS**
QTY: 30        NO REFILLS - DR. AUTH REQUIRED
Refill         NDC: 00024-5521-31
Retail Price: $192.99    Your Insurance Saved You: $27.00

$165.99

---

KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.

You are having memory problems. SOME PATIENTS TAKING THIS MEDICINE have performed certain activities (eg, sleep-driving, making and eating food, making phone calls, having sex) while they were not fully awake. Patients often do not remember these events after they happen. Such an event may be more likely to occur if you use a high dose of this medicine or if you drink alcohol or take other medicines that may cause drowsiness while you use this medicine. Tell your doctor right away if such an event occurs. BEFORE YOU BEGIN TAKING ANY NEW MEDICINES, either prescription or over-the-counter, check with your doctor or pharmacist. Use this medicine with caution in the ELDERLY; they may be more sensitive to its effects, especially dizziness or drowsiness. FOR WOMEN: IF YOU BECOME PREGNANT, contact your doctor. You will need to discuss the benefits and risks of using this medicine

WIC# 959810

---

SALES DRAFT

MATTRESS KING 

TERMINAL 1478300

325139439997
08/16/2009    12:43:42

VISA
   XXXXXXXXXXXX1642
AUTH. TRANS. ID.  289228669960578
INVOICE        13003 H02
AUTH. CODE  091368

SALE TOTAL              $919.23

CUSTOMER COPY

---

**TODD STOCKTON**
RX # 1664422-03489            DATE: 02/25/10

**AMBIEN CR 12.5MG TABLETS**
QTY: 30        NO REFILLS - DR. AUTH REQUIRED
Refill         NDC: 00024-5521-31
Retail Price: $192.99    Your Insurance Saved You: $27.00

$165.99



```
                                    THU 12:00PM         018696 #OIM
armacy   America Trusts · Since 1901"    $100.99
IE. Thank you for allowing me
you today.                          02/25/10
                                       Refill
    10   5750   03489   011
 0348-9115-7507-1002-2520
 441             1    100.99
 122             1    165.99
                      266.98
 T*********6501       266.98
                         .00


LEX SPEND ACCT ITEM (FSA)
  THANK YOU
IE AT SELECT WALGREENS
  CALL 1-800-WALGREENS
WW.WALGREENS.COM/FLU
ID IT IN THE STORE?
OM HAS THOUSANDS OF
TEMS ONLINE
RESCRIPTIONS BY JOINING
CRIPTION SAVINGS CLUB
MACY FOR DETAILS
 2010        12:02 PM

WE DOING?
HLY CASH SWEEPSTAKES
 THE PRIZE IS
OO CASH
SE VISIT
sfeedback.com
 TOLL FREE
63-0547
S TO COMPLETE A
OUT YOUR RECENT
S WALGREENS.
EY#
15-750
ORD
52-016
SEE STORE OR
edback.com
```

MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

KEEP OUT OF REACH OF CHILDREN; STORE IN SAFETY CONTAINER OR SECURE AREA.

caution. DO NOT DRIVE OR PERFORM OTHER POSSIBLY UNSAFE TASKS until you know how you react to it. DO NOT DRINK ALCOHOL while you are using this medicine. CHECK WITH YOUR DOCTOR BEFORE YOU USE medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using this medicine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness. CHILDREN, TEENAGERS, AND YOUNG ADULTS WHO TAKE THIS MEDICINE may be at increased risk for suicidal thoughts or actions. Watch all patients who take this medicine closely. Contact the doctor at once if new, worsened, or sudden symptoms such as depressed mood; anxious, restless, or irritable behavior; panic attacks; unusual changes in mood or behavior; or any signs of suicidal thoughts or actions occur. THIS

**Duplicate Receipt**   $100.99

TODD STOCKTON
RX # 1169441-03489       DATE: 02/25/10
LEXAPRO 20MG TABLETS
QTY:30       2 REFILLS BEFORE 12/22/10
Refill       NDC:00456-2020-01
Retail Price: $112.99   Your Insurance Saved You: $12.00
DR C. MERCHANT       PLAN: WCARD
MFG:FOREST           GROUP# 4934WCARD
XXX/ / /KGB          CLAIM REF# 72741

*Walgreens*

**Customer Receipt**   $100.99

TODD STOCKTON
RX # 1169441-03489       DATE: 02/25/10
LEXAPRO 20MG TABLETS
QTY:30       2 REFILLS BEFORE 12/22/10
Refill       NDC:00456-2020-01
Retail Price: $112.99   Your Insurance Saved You: $12.00
DR C. MERCHANT       PLAN: WCARD
MFG:FOREST           GROUP# 4934WCARD
XXX/ / /KGB          CLAIM REF# 72741

*Walgreens*

Pharmacy use only

Med Guide

WHITE
FRONT: F / L
BACK:  20

XXX/ / /KGB

QTY 30
10 DRAM

LEXAPRO 20MG TABLETS
00456-2020-01
CELL 41

THU    12:00PM
Refill



THE HOME DEPOT
JOHN ▮▮▮▮ STORE MANAGER
1540 00014 60393    08/15/09
SALE              22 GAN5P8    09:41 AM



7231052000037 96 GAL CART &lt;A&gt;       90.00
                        SALES TAX      4.59
                        TOTAL        $94.59
XXXXXXXXXXXX9203 DEBIT                94.59
AUTH CODE 361764

1540 14 60393 08/15/2009 3572

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A   1        90          11/13/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
*********************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

**The UPS Store**

03/08/10  12:55 PM



We are the one stop for all your shipping, postal and business needs. We offer all the services you need to keep your business going.

```
1000315 (018)              TO $   2.00
SENDING
2000313 (018) ****S****    TO $   4.00
PER PAGE AFTER 1ST  QTY 4
Reg Unit Price    $   1.00
3000003 (011)              TO $   5.00
Notary

           SubTotal   $  11.00
           Total      $  11.00

           VISA       $  11.00
           ************1204
```

Rcpt ID 8329578814247988830 006 Items
CAMERON                 Tran: 2753 Reg: 001

For more info or to track your package please visit: WWW.THEUPSSTORE.COM

Whatever your business and personal needs, we are here to serve you.

We value your feedback
To enter please complete the customer satisfaction survey located at:
www.theupsstore.com/survey

ENTER FOR A CHANCE TO
WIN $1000

---

# OfficeMax

OfficeMax



Tell us about your shopping experience and enter to win 1 of 5 prizes! Visit www.officemax.com/store/survey to enter and to view the terms and conditions of entering the survey.

```
0001149199192
48" x 24" Folding Table              $49.99
0490000408869
Coca Cola Zero 20oz                   $1.49 N
0716411166752
Vis-A-Vis Asst. Card Card 5ct         $6.79
400217236092
3yr Furniture SVC $0-49               $5.99 N
Sales Associate: 00387245

           SubTotal                  $64.26
           Tax 5.100%                 $2.90
           TOTAL                     $67.16

           VISA                      $67.16
           Card number: XXXXXXXXXXXX0287
           Authorization 098518
```

For MaxAssurance Questions or Concerns Call 1-866-805-9095

                                  77440556
1316 00003 92175 6 08/25/09
00387245 11:11:29 AM

ORDER BY PHONE 1-877-OFFICEMAX

---

# Sam's Club

CLUB MANAGER JIM
BROOKY STOCKTON
Fax and Pull #         3008
101-*******2852
08/15/09  11:56 5123 6634 038
V MEMBER

**THANK YOU,**

```
466450 LTR RECLINER            239.01 T
345491 LTHR GROUP            1,260.01 T
                SUBTOTAL     1,499.02
          TAX 1  6.813 %       102.12
                TOTAL        1,601.14
                DEBIT TEND   1,601.14
                CHANGE DUE       0.00

           PAY FROM PRIMARY
EFT DEBIT            9203
ACCOUNT:
 1,601.14  TOTAL PURCHASE
REF # 9227007889703
Funds Not Available t Issuing Bank.
Please call Bank for more information.
08/15/09           12:00:13

           PAY FROM PRIMARY
EFT DEBIT            9233
ACCOUNT:
 1,601.14  TOTAL PURCHASE
REF # 9227004301197
NETWORK ID. 0090 APPR CODE 279557
08/15/09           12:00:46
```

# ITEMS SOLD 2

TC# 0733 8221 1019 3545 3067 07

WE VALUE YOUR OPINION
WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT SAM'S CLUB
Please complete a survey about today's club visit at:
http://www.survey.samsclub.com
IN RETURN FOR YOUR TIME, YOU COULD RECEIVE ONE OF FIVE $1,000 SAM'S CLUB SHOPPING CARDS
You must be 18 or older and a legal resident of the United States to enter. No purchase necessary to win.
To enter without purchase and for official rules visit:
www.entry.survey.samsclub.com

```
THE HOME DEPOT          540
JOHN         STORE MANAGER
         1540 00059 30664    09/24/09
SALE          14 SCOT59      03:03 PM
```



```
043168493444 75W 2XL 6P <A>       3.17
762148098454 14 WATT 4PCK <A>     7.97
019293105910 FLOOR LAMP <A>      29.97
              SUBTOTAL           41.11
              SALES TAX           2.10
              TOTAL             $43.21
XXXXXXXXXXXX6501 DEBIT           43.21
AUTH CODE 562610
```



```
1540 59 3066  09/24/2009 0832

    RETURN POLICY DEFINITIONS
  POLICY ID  DAYS   POLICY EXPIRES ON
     A        1  90        12/23/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

        GUARANTEED LOW PRICES
        LOOK FOR THOUSANDS OF
        LOWER PRICES STOREWIDE
**************************************

      ENTER FOR A CHANCE
       TO WIN A $5,000
       HOME DEPOT GIFT
            CARD!

 Share Your Opinion With Us! Complete
 the brief survey about your store visit
    and enter for a chance to win at:

        www.homedepot.com/opinion

      ¡PARTICIPE EN UNA
     OPORTUNIDAD DE GANAR
        UNA TARJETA DE
        REGALO DE THD
          DE $5,000!

 ¡Comparta Su Opinión! Complete la breve
 encuesta sobre su visita a la tienda y
    tenga la oportunidad de ganar en:

        www.homedepot.com/opinion

              User ID:
```

---

```
WE VALUE YOUR OPINION!

WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT WAL-MART.

Please complete a survey about
today's store visit at:

http://www.survey.walmart.com

You will need to enter the
following online:

ID #:    79DLLRFKGM8

IN RETURN FOR YOUR TIME YOU COULD
RECEIVE ONE OF FIVE $1000
WALMART SHOPPING CARDS

Must be 18 or older and a legal
resident of the 50 US or DC to
enter. No purchase necessary to
enter or win. To enter without
purchase and for complete official
rules visit
www.entry.survey.walmart.com.
Sweepstakes period ends on the date
shown in the official rules.  Survey
must be taken within TWO weeks
of today.

Esta encuesta también se encuentra
en español en la página del Internet

THANK YOU
-----------------------------------------

            Walmart ><
          Save money. Live better.

         WE SELL FOR LESS
         MANAGER HEATHER

ST# 1252 OP# 00003000 TE# 17 TR# 06271
4INTOPPER TW 084155003389     88.88 X
              SUBTOTAL        88.88
   TAX 1  5.100 %              4.53
              TOTAL           93.41
         DEBIT TEND           93.41
         CHANGE DUE            0.00

 EFT DEBIT          PAY FROM PRIMARY
 ACCOUNT :                      1204
     93.41  TOTAL PURCHASE
 REF # 925500769912
 NETWORK ID. 0071 APPR CODE 469108
         09/11/09    21:56:11

       # ITEMS SOLD 1

 TC# 4181 6932 2542 8431 9402

 Just ask. We match their advertised
 prices so back-to-school costs less.
         09/11/09    21:56:13
```