

008?? 10 08/25/09-1052 372196 51-5397

RVN # 0083-8539-7051-0825-0900

```
TABLE 20" RD BMC           1T
2364511920   OUR PRICE          8.99
TABLE 20" RD BMC           1T
2364511920   OUR PRICE          8.99
ORIGINS RUBY 7ORND         1T
4759615225   OUR PRICE         19.99
ORIGINS RUBY 7ORND         1T
4759615225   OUR PRICE         19.99
EXTRA CLOSET               1T
44444455169  OUR PRICE         19.99
EXTRA CLOSET               1T
44444455169  OUR PRICE         19.99
TV STAND NO TOOLS          1T
44444400698  OUR PRICE         39.99
             20% OFF ITEM T     8.00-
             YOUR PRICE        31.99
S&P SHKR KITCHAID          1T
3753105333   OUR PRICE         12.99
BRYNN RUG                  1T
4207528450   OUR PRICE         24.99
             $5 OFF TRANS T     5.00-
    SUBTOTAL               162.91

    CO 5.10% SALES TAX       8.31
    TOTAL                  171.22

    VISA                   171.22
ACCT#: XXXXXXXXXXXXX0287 (S)
       EXPDT: XX/XX
       AUTH#: 06431B

    CHANGE                    .00

YOUR TOTAL SAVINGS $      13.00
```



RVN # 0083-8539-7051-0825-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUNDS
00838 10 08/25/09-1055 372196 51-5397



00117 10 08/16/09-1649 000021 04-649

RVN # 0011-7064-9004-0816-0900

```
LAURA ASH K MED NW         1T
2569507793   OUR PRICE         19.99
             20% OFF ITEM T     4.00-
             YOUR PRICE        15.99
LAURA ASH K MED NW         1T
2569507793   OUR PRICE         19.99
LAURA ASH BDY PLW          1T
2569507941   OUR PRICE         19.99
             $5 OFF TRANS T     5.00-
    SUBTOTAL               50.97

    CO 6.8125% SALE TX      3.47
    TOTAL                   54.44

    DEBIT                   54.44
ACCT#: XXXXXXXXXXXX 9203 (S)
       EXPDT: XX/XX
       AUTH#: TRANSA

    CHANGE

YOUR TOTAL SAVI                 .00
              NG $       9.00
```



EXHIBIT 2A





```
11/2/2009                          10:35:22 AM MS
Trans.: 5589                          Store:
Reg.: 003                             Till:00
Cashier: 925005600              Sales: 92500560(

                        SALE

              Please keep Your Receipt
              Return before 1/1/2010

         ||||||||||||||||||||||||||||||||||
              00 040035589*


920-QUILTS & BEDSPREADS          19.99 T
  18800748        1.00 @ 19.99

920-QUILTS & BEDSPREADS          59.99 T
  18800664        1.00 @ 59.99

940-SOLID KITCHEN ACC            16.99 T
  19561604        1.00 @ 16.99

127-TRAVEL ACCESSORIES            4.99 T
  21445903        1.00 @ 4.99

Sub-Total                        101.96

   Tax   6.85                      6.98

Total                            108.94

   Visa (S                       108.94
   Account
   Auth: 77        )

Total Tender                     108.94

Change Due                         0.00

If Purchased elsewhere: $        157.0(

Your Stein Mart savings: $        55.0·


   Thank You For Shopping at Stein Mart
            Let us save you

            www.steinmart.com
```





**Left receipt:**

```
00838 10 08/21/09-1537 371074 52-3599

RVN # 0083-8359-9052-0821-0900

BRYNN LOT DISP          1T
4207528453   OUR PRICE        12.99
BRYNN S/C               1T
4207528404   OUR PRICE        24.99
             20% OFF ITEM T    5.00-
             YOUR PRICE       19.99
GRANDMA WRNKL RMVR      1T
78492300011  OUR PRICE         4.99
BATH ESSNT B            1T
1307525458   OUR PRICE         4.99
BATH ESSNT B            1T
1307525458   OUR PRICE         4.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSENT W           1T
1307525474   OUR PRICE         2.99
BATH ESSNT B            1T
1307525458   OUR PRICE         4.99
             SUBTOTAL         70.88

CO 5.10% SALES TAX       3.61
TOTAL                   74.49

DEBIT                   74.49
ACCT#: XXXXXXXXXXXXX9203 (S)
EXPDT: XX/XX
AUTH#: TRANSA

CHANGE                    .00

YOUR TOTAL SAVINGS $     5.00
```



```
RVN # 0083-8359-9052-0821-0900

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.co
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQU
00838 10 08/21
```

**Right receipt:**

```
BED BATH & BEYOND

00117 10 08/20/09-1143 389653 01-1878

RVN # 0011-7187-8001-0820-0900

DRAW UNIT 3DRW          1T
2075303836   OUR PRICE        39.99
             20% OFF ITEM T    8.00-
             YOUR PRICE       31.99
DRAW UNIT 4MDF BLK      1T
2075303826   OUR PRICE        49.99
             20% OFF ITEM T   10.00-
             YOUR PRICE       39.99
MIR OTD WHT             1T
2822530059   OUR PRICE        19.99
MIR OTD WHT             1T
2822530059   OUR PRICE        19.99
MIR OTD BLK             1T
2822530057   OUR PRICE        19.99
             $5 OFF TRANS T    5.00-
             $5 OFF TRANS T    5.00-
BRYNN RUG               1T
4207528450   OUR PRICE        24.99
             SUBTOTAL        146.94

CO 6.8125% SALE TX      10.01
TOTAL                  156.95

DEBIT                  156.95
ACCT#: XXXXXXXXXXXXX9203 (S)
EXPDT: XX/XX
AUTH#: TRANSA

CHANGE                    .00

YOUR TOTAL SAVINGS $    28.00
```



```
RVN # 0011-7187-8001-0820-090

THANKS FOR SHOPPING BED BATH & BEYOND
Visit us at www.bedbathandbeyond.com
GIFT CARDS AVAILABLE
ORIGINAL RECEIPT REQUIRED FOR REFUND
00117 10 08/20/09-1147 389653    1878
```

CHRISTOPHER C MERCHANT
9201 MONTGOMERY BLVD NE
ALBUQUERQUE, NM 87111

TERMINAL ID: 880485227
MERCHANT #: 727284575999

VISA
#4107051508349203
SALE
BATCH: 600679 EXP.: 02/12
DATE: MAR 30, 09 INVOICE: 879460
SQ: 085 TIME: 11:48
AUTH NO: 729653

TOTAL $150.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X________________
JOLYNN STOCKTON

MERCHANT COPY

CHRISTOPHER C MERCHANT
9201 MONTGOMERY BLVD NE
ALBUQUERQUE, NM 87111

TERMINAL ID: 880485227
MERCHANT #: 727284575999

VISA
#xxxxxxxxxxxx9203
SALE
BATCH: 00066 INVOICE: 060329
DATE: FEB 24 09 TIME: 11:41
SQ: 003 AUTH NO: 080167

TOTAL $150.00

CUSTOMER COPY

TODD J. STOCKTON
JOLYNN STOCKTON
6704 NEW HAMPTON RD. NE
ALBUQUERQUE, NM 87111-1280

1068

DATE 6-10-09

PAY TO THE ORDER OF Dr. Merchant $230.00

Two hundred and thirty and 00/100 DOLLARS

FIRST COMMUNITY BANK

MEMO

⑆107001452⑆ 1068 0035088978⑈

CHK#:1068 - AMT:$230.00

TODD J. STOCKTON
JOLYNN STOCKTON
6704 NEW HAMPTON RD. NE
ALBUQUERQUE, NM 87111-1280

1094

DATE 6-24-09

PAY TO THE ORDER OF Debra Pittle $700.00

Seven hundred and xx/100 DOLLARS

FIRST COMMUNITY BANK

MEMO 10 sessions

⑆107001452⑆ 1094 0035088978⑈ ⑈0000070000⑈

CHK#:1094 - AMT:$700.00

# INVOICE



**Family Wellness Clinic**
**Naturopathic Physician**
**Family Practice**
**(505) 994 - 3325**
436 7th Ave NE
Rio RanchoNM 87124

Pain Management
Physical Therapy
Geriatric Solutions
Detox and Internal Cleansing
Food & Environmental Allergies
Advanced Medical Reflexology
Iridology Diagnosis
Deep Connective Tissue Therapy

## Robert Morey, ND

*House Calls*

Order # _____   Date __B-15-09__

Name __Todd Stockton__   Phone _____

Address _____

City _____ State _____ Zip _____

| IST | CASH | C.O.D | CHARGE | ON ACCOUNT | SUBST ABUSE | STATE PRGM | FED PRGM |
|-----|------|-------|--------|------------|-------------|------------|----------|
| | | | | Previous Balance | | | |

| Qty | Description | Price | $ Amount | |
|-----|-------------|-------|----------|---|
| | Services & Product | | 1365 | 18 |
| | Cash Pmt. | | 300 | |
| | Pd 300 R/May/ | | | |
| | | | | |
| | | | | |
| | | '09 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 1365 | 18 |

$250⁰⁰ RECEIVED IN CASH

FROM TODD STOCKTON TO

Robert Morey ND on JAN 22, 2009.

PAyor

Payee _____

**ILL BE CHARGED**

SALES DRAFT

MATTRESS KING #40
9305 DORCHESTER
HIGHLANDS RAN, CO 80129
TERMINAL 1478300

325139439997
08/16/2009    12:43:42

VISA
XXXXXXXXXXXX1642
AUTH. TRANS. ID.    289228669960578
INVOICE       13003 H02
AUTH. CODE   091368

SALE TOTAL
                          $919.23

CUSTOMER COPY

VMHE

# Invoice

123 Wood Tech Dr
Rochelle, GA 31079

| Date | Invoice # |
|------|-----------|
| 7/2/2009 | 409492 |

PAID

| Bill To | Ship To |
|---------|---------|
| Todd Stockton<br>8704 New Hampton Drive N.E.<br>Albuquerque NM 87111 | Todd Stockton<br>8704 New Hampton Drive N.E.<br>Albuquerque, NM 87111 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 7/2/2009 | | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 2 | Co-Q | TumorX Co-Q 10 Pure Ubidecarenone Bio EnerGenics 60/250mg. | | 27.15 | 54.30 |
| 3 | ATP | TumorX ATP Pure Energy 90/350mg. | | 34.50 | 103.50 |
| 7 | 103X | TumorX Formula 103X 180 ct./1,000mg. | | 55.50 | 388.50 |
| 1 | 403X | TumorX Formula 403X 180ct./1,000mg. | | 55.50 | 55.50 |
| | FREIGHT | NEXT DAY AIR | | 29.75 | 29.75 |
| | Refunds | Bio Anue Products come with 30 day, 100% money back guarantee. ( Unless specified otherwise) During this evaluation period, if you have tried the product and you are not satisfied, simply send us the empty or opened bottle for a full refund. This is a no questions asked guarantee. This guarantee applies to first time product purchases only.<br>TUMORX 5 DAY CHALLENGE<br>TumorX Packages contain the highest quality products and ingredients, most people will feel the difference within only 1-5 days. IF you purchase a 5 day trial package or an individual trial item, it comes with a 100% money back guarantee. If you do not believe it is a superior product to any other on the market all you have to do is return any opened product for a full refund within the first 30 days of purchase.<br>If you purchase a bottle of any TumorX or Bio Anue Product, you can return any UNOPENED product within 45 days of purchase for a full refund. TumorX BioEnerGenics Co-Q 10 is excluded from this guarantee because it is temperature sensitive. All unopened returns are subject to a 25% restocking fee excluding the Bio Anue Challenge & TumorX 5 Day Challenge. | | 59.75 | 59.75 |

It's been a pleasure helping you, Julie

229-365-7708

**Total**    $691.30

# ITC Compounding Pharmacy
651 TOPEKA WAY SUITE #600
CASTLE ROCK, CO  80109

# INVOICE

Invoice Number:  130308
Invoice Date:    Jun 17, 2009
Page:            1

Voice:  303-663-4224
Fax:    303-663-4263

| Bill To: | Ship to: |
|---|---|
| TODD STOCKTON<br>8704 NEW HAMPTON RD NE<br>ALBUQUERQUE, NM  87111 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| STOCKTON, TODD | | Prepaid | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | UPS | | 6/17/09 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 1.00 | CONSULTING-SLOMI | CONSULTING CPT# 99205 | | 200.00 | 200.00 |
| 1.00 | RX 06 | 247008 | | 67.25 | 67.25 |
| 1.00 | RX 06 | C247010 | | 87.25 | 87.25 |
| 1.00 | ZRT SALIVA 4 TUBES | ADRENAL FUNCTION TEST=<br>82626-DHEAS; 82530= AM CORTISOL,<br>NOON CORTISOL; PM CORTISOL;<br>MID-NIGHT CORTISOL- ICD-9=255.4<br>OVERNIGHT W/ WIFE'S RX ($25) | | 125.00 | 125.00 |

Check/Credit Memo No: P 09678B

| | |
|---|---|
| Subtotal | 479.50 |
| Sales Tax | |
| Freight | |
| Total Invoice Amount | 479.50 |
| Payment/Credit Applied | 479.50 |
| **TOTAL** | 0.00 |



Payment Due Date

09/22/09

Account number:

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail? Print on back.

$                    .

**Disney REWARDS**
VISA CARD FROM CHASE

42669020320216420001960000983665000000000000008

54429 BEX 9 24009 C
**TODD J STOCKTON**

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

ı:50                    ı3ıı

**Disney REWARDS**
VISA CARD FROM CHASE

07/29/09 - 08/28/09

Manage your account online:
www.chase.com/i1sney

Minimum Payment:      $196.00
Payment Due Date:     09/22/09

Additional contact information
conveniently located on reverse side

| ACCOUNT SUMMARY | | Account Number: |
| --- | --- | --- |
| Previous Balance | | |
| Payment, Credits | | |
| Purchases, Cash, Debits | | |
| Finance Charges | | |
| New Balance | | |

### DISNEY DREAM REWARD DOLLARS®

| | | |
| --- | --- | --- |
| Balance from last statement | | |
| Reward dollars earned from net purchases | 220 | |
| Reward dollars transferred to Rewards Card | 27 | |
| Remaining balance | 0 | |
| | 247 | |

30 Reward dollars that will expire 11/2013
9 Reward dollars that will expire 12/2013

Please call 800-300-8575 to redeem your
Disney Rewards® or if you have any questions
about the Disney Rewards® Program.

Cardmember ID: 15871130
Use your Cardmember ID for special
limited-time promotions such as Refer A Friend.

| | | | | |
| --- | --- | --- | --- | --- |
| 08/18 | WWW.BYOUNGEO.COM 866-938-2232 UT | | 135.84 | medication |
| 08/18 | WWW.BYOUNGEO.COM 866-938-2232 UT | | 6.15 | |
| 08/21 | | | 14.95 | |
| 08/23 | | | 124.73 | |



Payment Due Date
08/11/09

Account number:

$                    .

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4266841184340287000091000045726200000006

32368 BEX 9 19809 D
TODD STOCKTON

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

**CHASE ○**

Statement Date:
06/18/09 - 07/17/09

Minimum Payment: $91.00
Payment Due Date: 08/11/09

Manage your account online:
www.chase.com/creditcards

Additional contact Information

### ACCOUNT SUMMARY

VISA Account Number:

Previous Balance
Payment, Credits
Purchases, Cash, Debits
Finance Charges
New Balance

### CASH PLUS REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | |
| Points Earned at Gas, Grocery & Drug Stores | 2,491 |
| Points Earned on Other Purchases | 3,601 |
| Points Earned from Chase Rewards Plus | 629 |
| Points Redeemed This Period | 0 |
| Current Points Total | 0 |
| | 6,721 |

Congratulations! You have earned enough points to redeem for a $50 gift certificate or even a statement credit. Log onto www.chase.com/rewards to see your reward options!

100 points to expire on statement date in February 2012

Your Chase Cash Plus credit card allows you to earn 5 points for every eligible $1 you spend on gas, grocery and drug store

| | | |
|---|---|---|
| 06/17 | ITC COMPOUNDING AND NATUR 303-6634224 CO | 68.10 - *medication* |
| 07/03 | PSC*PREMATICRB7 866-813-7551 CA | |
| 07/06 | APL*ITUNES 866-712-7753 CA | 316.78  *medication* |
| 07/07 | PHARMACA INTEGRATIVE P ALBUQUERQUE NM | 2.71 |
| | | 72.57  *medication* |

**Payment Due Date**

06/22/09

Account number:

$

ﾈment

**Disney REWARDS**
VISA CARD FROM CHASE

Make your check payable to:
**Chase Card Services.**
Please write amount enclosed.
New address or e-mail?  Print on back.

4266902032021642000000000002783880000005

52305 BEX 9 14809 C
TODD J STOCKTON

||ı||ıı||ıı|ı||ıı|ı|ı|ı||ıı||ıııı||ı|ı|ıı||ı|ı||ıı||

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

ı|ı|ı|ı||

⊑: 5                                              . 2 3 ⊪

**Disney REWARDS**
VISA CARD FROM CHASE

Minimum Payment: $0.00
Payment Due Date: 06/22/09

🖥 Manage your account online:
www.chase.com/disney

## ACCOUNT SUMMARY

Previous Balance
Payment, Credits
Purchases, Cash, Debits
Finance Charges
New Balance

VISA Account Number:

Additional contact information
ﾀe side

Congratulations!  Your credit line has been increased.  Take advantage of your enhanced spending power to make purchases and transfer balances today.

## DISNEY DREAM REWARD DOLLARS®

Balance from last statement
Reward dollars earned from net purchases          91
Reward dollars transferred to Rewards Card        30
Remaining balance                                  0
                                                 121

30 Reward dollars that will expire 11/2013
9 Reward dollars that will expire 12/2013
10 Reward dollars that will expire 01/2014

Please call **800-300-8575** to redeem your Disney Rewards® or if you have any questions about the Disney Rewards® Program.

**Cardmember ID: 15871130**
Use your Cardmember ID for special limited-time promotions such as Refer A Friend.

The terms and conditions of the Disney Rewards® Program apply to the use of Disney Dream Reward Dollars® and may be modified by Chase or Disney Rewards, LLC at any time.  Your account must remain in good standing to earn or request redemption of Disney Dream Reward Dollars.  Disney Dream Reward Dollars are non-transferable, have no cash or monetary value and cannot be used towards payment at unauthorized locations and payment of an outstanding balance on your Disney Rewards® Visa® Card.  Please call 1-800-300-8575 to request that your Disney Dream Reward Dollars be transferred to a Rewards Card or if you have any questions about the Disney Rewards Program.



scription

⊄TERRACE IL

05/01        SOUTHWESTAIR5262127281276 DALLAS TX
        050409 1 T
              2 T                                              107.70      ⎱moving expense
05/01        SOUTHWESTAIR5262127281275 DALLAS TX
        050409 1 T
              2 T                                              107.70      ⎰

Statement Date:
Account Number:

**ACCOUNT ACTIVITY**

Date of

06/23    WWW.BYOUNGEO.COM 866-936-2232 UT

1.07
287.48  —medication
2.14