Statement Date: 
Account Number:

**ACCOUNT ACTIVITY**

| Date of Transaction | Merchant Name or Transaction Description | $ Amount | |
|---|---|---|---|
| 07/03 | PHARMACA INTEGRATIVE P ALBUQUERQUE NM | 53.89 | — medication |
| 07/12 | PAYPAL *A BEAUBRAIN 402-935-7733 CA | 2,700.00 | — treatment |
| 07/13 | WALGREENS #3367 ALBUQUERQUE NM | 46.23 | |
| 07/14 | CHRISTIAN COUNSELING CTR ALBUQUERQUE NM | 30.00 | — treatment |
| 07/18 | BRAIN SYNC 541-488-8078 NM | 9.95 | — treatment |

**Payment Due Date**

09/11/09

**Account number**

$

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4266841184340287000076000038290800000000000009

15547 BEX 9 22909 D
TODD STOCKTON

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014



**CHASE**

Statement Date:
07/18/09 - 08/17/09

Minimum Payment: $76.00
Payment Due Date: 09/11/09

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

### ACCOUNT SUMMARY

Previous Balance
Payment, Credits
Purchases, Cash, Debits
Finance Charges
New Balance

### CASH PLUS REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | |
| Points Earned at Gas, Grocery & Drug Stores | 6,721 |
| Points Earned on Other Purchases | 2,048 |
| Points Earned from Chase Rewards Plus | 511 |
| Redeemed | 0 |

Thank you for using the credit card that earns rewards that can be used for your choice of gift cards, cash or statement credits. Remember, you can earn points by using your Cash Plus



| | | | |
|---|---|---|---|
| 08/05 | DISH NETWORK-O | 108.45 | |
| 08/06 | THE UPS STORE | 99.00 | — moving expense |
| 08/12 | Am... | | |
| 08/11 | | | |
| 08/12 | | | |
| 08/11 | FRONTIERAIR 4227452019670 MANKATO MN | 59.60 | — moving expense |
| 08/13 | | | |
| 08/13 | SMITHS ...494 ALBUQUERQUE NM | | |
| 08/13 | WALGREENS #6121 ALBUQUERQUE NM | 269.49 | — medication |

0000001 FIS33338 D 10
X 0294 INS13997    000 Y 9 17 09/08/17   Page 1 of 2   05686 MA MA 15547   22910000100001554701

**Payment Due Date**
10/12/09

**Account number:**

$

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

4266841184340287000059000029863300000000000007

12127 BEX 9 26009 D
TODD STOCKTON

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

CHASE

Manage your account online:
www.chase.com/creditcards

Minimum Payment: $59.00
Payment Due Date: 10/12/09

Additional contact information conveniently located on reverse side

## ACCOUNT SUMMARY

Account Number:

Credit Line
able Credit
Access Line
able for Cash

## CASH PLUS REWARDS SUMMARY

| | |
|---|---|
| Previous Points Balance | 4,280 |
| Points Earned at Gas, Grocery & Drug Stores | 3,059 |
| Points Earned on Other Purchases | 2,731 |
| Points Earned from Chase Rewards Plus | 0 |
| Points Redeemed This Period | 0 |
| Current Points Total | 10,070 |

Thank you for using the credit card that rewards you points for your purchases! We appreciate you choosing Chase for your financial needs - we are here to serve you. If you have any questions, do not hesitate to call us!

1,721 points to expire on statement date in July 2012

Your Chase Cash Plus credit card allows you to earn 5 points for every eligible $1 you spend on gas, grocery and drug store ... other eligible purchases. Earn additional points by shopping online through



| 08/18 | THE HOME DEPOT | 996.31 | —moving expense |
| | | 29.88 | |

```
            SPORTSMAN'S WAREHOUSE
          1450 Renaissance Blvd NE
            Albuquerque, NM 87107
                505-761-9900


1215503 SIG PINK MOSQUI          349.99  T
          SERIAL:F031634
305433 S&W 642 .38SPL            469.99  T
          SERIAL:CLU0465
306963 FED AM EAGLE 22            17.99  T

          SUBTOTAL               837.97
          SALES TAX               56.56
          TOTAL                  894.53
          VISA                  (894.53)


Cshr TS:Tina         284    # 14
         (REPRINT #1)
Register:REG9 Feb 19 2009 12:40 PM



         Thank you for shopping at
            SPORTSMAN'S WAREHOUSE!
   30-day return policy with receipt
   only. Merchandise must be resaleable.
   For the safety of our customers, all
   sales of firearms, ammunition, powder,
    primers, thermal underwear, and
           swimwear are FINAL.
```

```
              Calibers
             5600 Holly NE
         Albuquerque, NM 87113
             Ph# 505.797.9715

ANTONIO O.        2/19/2009 2:01:37 PM

PMC 9MM 115GR FMJ 50RDS    PMC9A
   ITEM DISCOUNT $30.00
   20@ $13.49                      269.80
CCI MINI MAG 22LR 40GR HS    0030
   ITEM DISCOUNT $9.00
   10@ $8.09                        80.90
FED HYDRA-SHOK 38+P 129GR HP P38HS1
   ITEM DISCOUNT $13.50
   5@ $24.29                       121.45

              SUBTOTAL              472.15
              SALES TAX1             31.88
              TOTAL PURCHASE        504.03

STOCKTON TODD       Credit Card    504.03
Card # XXXXXXXXXXXX0283
Authorization 019848
           Cardholder Copy

           CHANGE          0.00


 TRAN# 5954   STR# 001  REG# 1

         THANK YOU
   HOPE TO SEE YOU SOON
```

**VMHE**
123 Wood Tech Dr
Rochelle, GA 31079

# Invoice

| Date | Invoice # |
|---|---|
| 7/2/2009 | 409492 |

**Bill To**
Todd Stockton

**Ship To**
Todd Stockton

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/2/2009 | | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 2 | Co-Q | TumorX Co-Q 10 Pure Ubidecarenone Bio EnerGenics 60/250mg. | | 27.15 | 54.30 |
| 3 | ATP | TumorX ATP Pure Energy 90/350mg. | | 34.50 | 103.50 |
| 7 | 103X | TumorX Formula 103X 180 ct./1,000mg. | | 55.50 | 388.50 |
| 1 | 403X | TumorX Formula 403X 180ct./1,000mg. | | 55.50 | 55.50 |
| | FREIGHT | NEXT DAY AIR | | 29.75 | 29.75 |
| | Refunds | Bio Anue Products come with 30 day, 100% money back guarantee. ( Unless specified otherwise) During this evaluation period, if you have tried the product and you are not satisfied, simply send us the empty or opened bottle for a full refund. This is a no questions asked guarantee. This guarantee applies to first time product purchases only. TUMORX 5 DAY CHALLENGE TumorX Packages contain the highest quality products and ingredients, most people will feel the difference within only 1-5 days. IF you purchase a 5 day trial package or an individual trial item, it comes with a 100% money back guarantee. If you do not believe it is a superior product to any other on the market all you have to do is return any opened product for a full refund within the first 30 days of purchase. If you purchase a bottle of any TumorX or Bio Anue Product, you can return any UNOPENED product within 45 days of purchase for a full refund. TumorX BioEnerGenics Co-Q 10 is excluded from this guarantee because it is temperature sensitive. All unopened returns are subject to a 25% restocking fee excluding the Bio Anue Challenge & TumorX 5 Day Challenge. | | 59.75 | 59.75 |

It's been a pleasure helping you. Julie
229-365-7708

**Total** $691.30

**ITC Compounding Pharmacy**
651 TOPEKA WAY SUITE #600
CASTLE ROCK, CO 80109

Voice: 303-663-4224
Fax: 303-663-4263

# INVOICE

Invoice Number: 130308
Invoice Date: Jun 17, 2009
Page: 1

**Bill To:**
TODD STOCKTON

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| STOCKTON, TODD | | Prepaid |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | UPS | | 6/17/09 |

| Quantity | Item | Description | Backorder Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| 1.00 | CONSULTING-SLOMI | CONSULTING CPT# 99205 | | 200.00 | 200.00 |
| 1.00 | RX 06 | 247008 | | 67.25 | 67.25 |
| 1.00 | RX 06 | C247010 | | 87.25 | 87.25 |
| 1.00 | ZRT SALIVA 4 TUBES | ADRENAL FUNCTION TEST= 82626-DHEAS; 82530= AM CORTISOL, NOON CORTISOL; PM CORTISOL; MID-NIGHT CORTISOL- ICD-9=255.4 OVERNIGHT W/ WIFE'S RX ($25) | | 125.00 | 125.00 |

Check/Credit Memo No: P 09678B

| | |
|---|---|
| Subtotal | |
| Sales Tax | 479.50 |
| Freight | |
| Total Invoice Amount | |
| Payment/Credit Applied | 479.50 |
| **TOTAL** | 479.50 |
| | 0.00 |


**FINANCIAL CORPORATION OF AMERICA**
Receivables Management. Collection Services.

12515 Research Blvd, Bldg 2, Suite 100, Austin, TX 78759
P.O. Box 203500 Austin, TX 78720-3500
FOR INQUIRIES PLEASE CALL
TOLL FREE: 1-800-880-8282

February 24, 2010

Todd Stockton

**ACCOUNT IDENTIFICATION**
Re: Lovelace Women's Hospital
Reference Number    : 21131913-AR1
Account Number      : Q0918900387
Patient Name        : Todd Stockton
Date of Service     : 07-08-09
Balance Due         : $223.22

Responsible Party: Todd Stockton

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.

Si necesita ayuda para traducir o leer esta notificación, por favor llamenos immediatamente para asistirlo en español.

**This notice has been sent by a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Colorado Residents: For information about the Colorado Fair Debt Collection Practices Act, see www.coloradoattorneygeneral.gov/ca. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Personal checks that you send us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

------------------------------Detach and Return------------------------------

P.O. Box 203600
Austin, TX 78720-3600

Change Service Requested

PERSONAL & CONFIDENTIAL
#BWNLPFL
#0672 0000 4919 5297#

Todd Stockton

Account Number    : Q0918900387
Reference Number  : 21131913-AR1
Balance Due       : $223.22
METHOD OF PAYMENT  Amt: $ _____
☐ Visa       ☐ M/C       ☐ Discover       ☐ AMEX
Credit Card # _____
Exp. Date: ___ / ___ / ___   3 or 4 digit security code: ___
Cardholder: _____
Signature: _____

AR1
Financial Corporation of America
P.O. Box 203500
Austin, TX 78720-3500

COL2N 000016P 1 678 000002 54 067200 Z-CRE

5600 Holly Ave. NE
Albuquerque, New Mexico 87113
Phone: 505-797-9715
Fax: 505-797-9787
Mon - Sat: 10 am - 8 pm
Sun: Noon - 6 pm

**CALIBERS** Shooters Sports Centers, LLC

- Safe, Clean, Friendly
- Memberships Available
- Fun Shoots Weekly
- Firearms Training
- LE Discounts

| PO NUMBER | PHONE | DATE |
|---|---|---|
| | | 2/20/2009 |

NAME: TODD STOCKTON
ADDRESS: ALBUQUERQUE NM 87111

| QUANTITY | DESCRIPTION | PRICE EACH | TOTAL |
|---|---|---|---|
| 1 | S&W M&P 9mm | | 599 99 |
| | SN: MRM3364 | | |

| | | |
|---|---|---|
| | SUBTOTAL | 599 99 |
| | TAX | 40 50 |
| | TOTAL | 640 49 |

NOTICE: See reverse side for important information regarding your rights to dispute billing errors.

| DATE | FAMILY MEMBER | | CHARGES | CREDITS | CURRENT BALANCE | PREVIOUS BALANCE | NAME |
|---|---|---|---|---|---|---|---|

THIS IS YOUR **RECEIPT** FOR THIS AMOUNT ▲   ▲ THIS IS A **STATEMENT** OF YOUR ACCOUNT TO DATE

**NEW PATIENT**
**ESTAB. PATIENT**
Office/BP Visit
Long Visit
Industrial or Accident
ER Follow-up

- School & Sports Physical
- Breast Exam
- Pelvic Exam
- Complete Physical

**LABORATORY**
- Urinalysis
- Vaginal Smear
- Pap Smear
- Pregnancy Test, Urine
- EKG
- Strep Rapid Test

**X-RAY**

**OTHER**
- Suture Removal

99215

| | | |
|---|---|---|
| 0mg. | Aristocort + 2cc Gamma Globulin | 2cc Alpha Redisol |
| 0mg. | Aristocort + 2cc Gamma Globulin + 1cc Alpha Redisol | 40mg. Aristocort |
| cc | Gamma Globulin + 2cc Alpha Redisol | 80mg. Aristocort |
| cc | Gamma Globulin + 1cc Alpha Redisol | 1cc Estrogen + 1cc Alpha Redisol |
| cc | Gamma Globulin + 2cc Alpha Redisol | |

Immunizations
Influenza Vaccine
Pneumonia Vaccine
ZostaVax

MEDICATION: 780.7'   244.9

NEXT APPOINTMENT: 3m   AT 10:00 AM
REFERRED TO: July-16-09

DIAGNOSIS: Chric Fatigue / Chric lyme disease
275.7 HRT / ♀ lipids

Doctor's Signature

**CHRISTOPHER C. MERCHANT, M.D., A.B.F.P., P.C.**
DIPLOMATE/AMERICAN BOARD FAMILY PRACTICE
9201 MONTGOMERY NE • SUITE 301
ALBUQUERQUE, NEW MEXICO 87111
(505) 821-4444

**NOTICE TO INSURANCE COMPANY**
This form has been adopted in an effort to keep our cost and paper work down. If for any reason you require your own form or itemized bill, we will be happy to complete the same upon receipt of $20.00.

TAX I.D. 85-0328901                    NPI # 1386739217

OFFICE HOURS BY APPOINTMENT ONLY

# Invoice

ITC Compounding Pharmacy

Invoice Number: 130421

Invoice Date: Jun 22, 2009

Page: 1

Voice: 303-663-4224
Fax: 303-663-4263

Sold To:
TODD STOCKTON
8704 NEW HAMPTON RD NE
ALBUQUERQUE, NM 87111

Ship to:

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| STOCKTON, TODD | | Prepaid |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | UPS | | 6/22/09 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | RX 06 | #247414 | 45.85 | 45.85 |
| 1.00 | SHIPPING/HANDLING O | OVERNIGHT UPS | 25.00 | 25.00 |

Check No: P 06477B

Subtotal: 70.85
Sales Tax:
Total Invoice Amount: 70.85
Payment Received: 70.85
**TOTAL**: 0.00

Exhibit A - 2 pages

**Receipt 1:**

```
        Calibers
      5600 Holly NE
    Albuquerque, NM 87113
       Ph# 505.797.9715

ANTONIO O.         2/19/2009 2:01:37 PM

PMC 9MM 115GR FMJ 50RDS      PMC9A
   ITEM DISCOUNT $30.00
   20@ $13.49                        269.80
CCI MINI MAG 22LR 40GR HS      0030
   ITEM DISCOUNT $9.00
   10@ $8.09                          80.90
FED HYDRA-SHOK 38+P 129GR HP P38HS1
   ITEM DISCOUNT $13.50
   5@ $24.29                         121.45

              SUBTOTAL               472.15
              SALES TAX1              31.88
              TOTAL PURCHASE         504.03

              Credit Card            504.03

STOCKTON TODD
Card # XXXXXXXXXXXX0283
Authorization 019848
              Cardholder Copy

        CHANGE        0.00

TRAN# 5954  STR# 001  REG# 1

         THANK YOU
  HOPE TO SEE YOU SOON
```

**Receipt 2:**

```
       SPORTSMAN'S WAREHOUSE
    1450 Renaissance Blvd NE
       Albuquerque, NM 87107
           505-761-9900

1215503 SIG PINK MOSQUI    349.99 T
        SERIAL:F031634
305433  S&W 642 .38SPL     469.99 T
        SERIAL:CLU0465
306963  FED AM EAGLE 22     17.99 T

        SUBTOTAL           837.97
        SALES TAX           56.56
        TOTAL              894.53
        VISA              (894.53)

Cshr TS:Tina      284  #.14
         (REPRINT #1)
Register:REG9 Feb 19 2009 12:40 PM

   Thank you for shopping at
      SPORTSMAN'S WAREHOUSE!
30-day return policy with receipt
only. Merchandise must be resaleable.
For the safety of our customers, all
sales of firearms, ammunition, powder,
  primers, thermal underwear, and
        swimwear are FINAL.
```

..........yahoo.com/dc/blank.htm?bn=3264&.intl=us&lang=en-us

3/10/10 10:48 AM

**From:** donotreply@uhaul.com (donotreply@uhaul.com)
**To:** stocktonjl@yahoo.com;
**Date:** Mon, August 10, 2009 10:47:01 AM
**Cc:**
**Subject:** Your U-Haul Reservation

Dear tod stockton,

Thank you for choosing U-Haul to make your move easier.

### Reservation Information:

Please take time before your move date to familiarize yourself with how to safely operate our equipment by visiting www.uhaul.com/guide.

Reservation number: 8809854

Destination: ▓▓▓▓▓▓▓▓▓
Auto Transport $79.00
Optional Safetow: $32.00 (higher limits available)

17' Moving Van $352.00
Optional Safemove: $56.00 (higher limits available)

Pick Up Date/Time: 08/10/2009
Preferred Pick Up Location: ALBUQUERQUE NM
*All rates are subject to applicable taxes.

### Free Boxes:

Stop by any company owned U-Haul location or participating neighborhood dealership and ask for the used box section. Everything there is FREE! When you are done with your boxes, please drop them off at a company owned U-Haul location or participating neighborhood dealership for the next customer. This is an exclusive advantage offered by U-Haul to promote re-use of the product which is always preferable to recycling.

The U-Haul Box Exchange is an online message board where you can find (or offer) free or low-cost reusable boxes and moving supplies. Go online to www.uhaul.com/sustainability/boxes

The commitment to sustainability, through our products and services, has helped to reduce our impact on the environment. U-Haul has partnered with The Conservation Fund's Go Zero(SM) program to plant trees to help "zero out" your carbon footprint. You can plant a tree to offset your emissions: http://store.uhaul.com/planttree/

### One Month of Free Self Storage:

One month of free Storage with every one-way move. This voucher can be used at any of over 1,000 convenient nationwide U-Haul storage locations, and is good for a free month of storage for up to two years from the date of this reservation.

### U-Haul Can Also Help With:

- All your Storage Needs: www.uhaul.com/storage/
- Moving Help: Read unedited customer reviews available only at: www.emove.com
- Boxes and Moving Supplies: www.uhaul.com/boxes
- 10% off at LaQuinta Inns & Suites for U-Haul customers. www.LQ.com/uhaul or call 1-800-SLEEP-LQ and ask