# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

**A. Crime Related Costs**

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ 0  $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   _____see attached lists_____ $ _____
   _for my husband, James Hallman_____ $ _____
   _and me for 2 medical trips 11/08 & 1/09___ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs. Please note:
   _I have gotten worse since seeing Carl Haese & am_ $ _____
   _disabled (cannot walk). In 2009 spent more_ $ _____
   _on medical ($22,710.22) and there is ongoing_ $ ____?____
                                                    expense in 2010.

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

EXHIBIT 3

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

   Replaced VISA to 7258  $ 75.00

   _____  $ _____

   _____  $ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

   Amount of lost wages or income  $ _____

**TOTAL OF CRIME RELATED COSTS**  $ _____

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**  $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**  $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
   $ _____

2. Have you applied for Crime Victim Compensation Benefits?  Yes ____  No ✓

   If you received any compensation as a result of your claim, please list the amount.
   $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
$ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_Kathleen C. Hallman_                         2/25/10
SIGNATURE                                      DATE

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   $ 0
   $ _____
   $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   See attached lists for   $ _____
   my wife, Kathleen Hallman and myself   $ _____
   for the 2 medical trips 11/08 and 1/09   $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   $ 0
   $ _____
   $ _____

4. If you had an funeral expenses, please list them.

   $ 0
   $ _____
   $ _____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

   _____ $0

   *Replaced VISA to VISA plan to accumulate air miles* $75.00

   *See attached statement. $75 not included in trip #2 spreadsheet amounts* $_____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

   Amount of lost wages or income   $ —

**TOTAL OF CRIME RELATED COSTS**   $ —

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**   $ —

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**   $ —

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
                                                                               $ —

2. Have you applied for Crime Victim Compensation Benefits? Yes ____ No ✗

   If you received any compensation as a result of your claim, please list the amount.
                                                                               $ —

Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                               $ —

Please write any additional information you would like the judge to know about the money this crime has cost you.

_[signature]_ SIGNATURE                    2/25/2010 DATE

## Expense Report

**James and Kathleen Hallman**
NOTES: The reason there were no airline ticket expenses included with the travel expenses is due to utilizing a friend's Alaska Airlines frequent flyer mile credits.

Husband and wife traveled together and shared all expenses with exception to medical & travel expenses which could be separated out.

A small amount of expenses included in this report were paid in cash and did not receive a copy of the receipt.

| | |
|---|---|
| **Trip** | Las Cruses, NM (No. 1) |
| **Reason** | Medical |
| **Start Day** | Thursday, November 06, 2008 |
| **Return Day** | Thursday, November 20, 2008 |

### Trip Cost Categories

| | | |
|---|---|---|
| **Meals** | $437.71 | |
| **Sundry Costs** | $209.16 | |
| **Lodging** | $922.55 | |
| **Rental** | $243.84 | |
| **Fuel** | $44.15 | |
| **Medical** | $9,529.00 | |
| **Travel** | $130.00 | |
| | ***Total Expenses:*** | **$11,516.41** |

### Trip Costs by payment type

| | | |
|---|---|---|
| **Visa -5102** | $10,823.11 | |
| **Cash** | $19.42 | |
| **Debit** | $149.88 | |
| **Checks** | $524.00 | |
| | ***Total Expenses:*** | **$11,516.41** |

### Direct Medical Trip Expenses per person

| | | |
|---|---|---|
| **Kathi Hallman** | $5,809.00 | |
| **Jim Hallman** | $3,720.00 | |
| | ***Total Medical Expenses:*** | **$9,529.00** |

### Direct Trip Expenses

| | | |
|---|---|---|
| **Meals [M]** | $437.71 | |
| **Sundry Costs [S]** | $0.00 | |
| **Lodging [L]** | $922.55 | |
| **Rental [R]** | $243.84 | |
| **Fuel [F]** | $44.15 | |
| **Medical [D]** | $9,529.00 | |
| **Transportation [T]** | $130.00 | |
| ***Total Re-imbursement Trip Expenses:*** | | **$11,307.25** |

Printed 2/25/2010 6:57 PM

Expense Summary

| Exp Type | Date | Vendor | Notes | Amount | Pymt Method |
|---|---|---|---|---|---|
| M | 11/6/2008 | Burger King/LA airport | K & J Lunch | $9.49 | VISA |
| M | 11/6/2008 | Uno Chicago Grill, LC | K & J Dinner | $30.29 | visa |
| M | 11/7/2008 | Jack In The Box, LC | J's Breakfast | $5.01 | visa |
| M | 11/7/2008 | Carl's Jr, LC | K & J Lunch | $7.36 | visa |
| M | 11/7/2008 | Denny's Rest | K & J Dinner | $18.57 | visa |
| M | 11/8/2008 | Ihop, LC | K & J Breakfast | $13.26 | visa |
| M | 11/8/2008 | Ruby Tuesday, LC | K & J Dinner | $18.56 | visa |
| M | 11/9/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| M | 11/9/2008 | Village Inn Pancake House, LC | K & J Dinner | $21.90 | visa |
| M | 11/10/2008 | Jack In The Box, LC | K & J Breakfast | $5.98 | visa |
| M | 11/10/2008 | Carl's Jr, LC | K & J Lunch | $5.17 | visa |
| M | 11/10/2008 | Village Inn Pancake House, LC | K & J Dinner | $20.95 | visa |
| M | 11/11/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| M | 11/11/2008 | Village Inn Pancake House, LC | K & J Dinner | $18.80 | visa |
| M | 11/11/2008 | Burger King/LC | J Lunch | $3.10 | visa |
| M | 11/12/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| M | 11/12/2008 | Jack In The Box, LC | J Lunch | $2.45 | visa |
| M | 11/12/2008 | Village Inn Pancake House, LC | K & J Dinner | $19.26 | visa |
| M | 11/13/2008 | Ihop, LC | K & J Breakfast | $12.26 | visa |
| M | 11/13/2008 | Chilitos | K & J Dinner | $15.04 | visa |
| M | 11/14/2008 | Carl's Jr, LC | K & J Breakfast | $6.40 | visa |
| M | 11/14/2008 | Risotto Bistro Café | K & J Dinner | $21.21 | visa |
| M | 11/15/2008 | Ihop, LC | K & J Lunch | $20.85 | visa |
| M | 11/15/2008 | Applebees | K & J Dinner | $25.98 | visa |
| M | 11/16/2008 | Ihop, LC | K & J Lunch | $9.99 | visa |
| M | 11/16/2008 | Risotto's Bistro | K & J Dinner | $15.12 | visa |
| M | 11/17/2008 | Carl's Jr, LC | J Lunch | $6.25 | visa |
| M | 11/17/2008 | Quiznos #6917, LC | K Lunch | $2.14 | cash |
| M | 11/17/2008 | Cracker Barrel Store #253, LC | K & J Dinner | $17.69 | visa |
| M | 11/18/2008 | Cracker Barrel Store #253, LC | K & J Lunch | $18.59 | visa |
| M | 11/18/2008 | Cracker Barrel Store #253, LC | K & J Dinner | $12.00 | visa |
| M | 11/19/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| M | 11/19/2008 | Cracker Barrel, El Paso | K & J Dinner | $20.22 | visa |
| M | 11/20/2008 | jack In The Box, El Paso | J breakfast | $2.37 | visa |
| M | 11/20/2008 | Burger King/LA airport | K & J Lunch | $6.69 | visa |
| L | 11/6/2008 | Motel 6/Las Cruces, NM | Motel room charges | $880.08 | visa |
| L | 11/19/2008 | Motel 6/El Paso, TX | Net $39.48 with credits applied. NOTE - heater & internet didn't work even after changing rooms | $50.81 | visa |
| L | 11/19/2008 | Internet | Did not come with room. Needed for keeping up with business and communication email. | $2.99 | cash |
| L | 11/21/2008 | Motel 6/El Paso, TX | Adjustment for services | -$5.08 | visa |
| L | 11/21/2008 | Motel 6/El Paso, TX | Adjustment for services | -$6.25 | visa |

Expense Summary

| | | | | | |
|---|---|---|---|---|---|
| R | 11/21/2008 | Dollar Rental Co, El Paso, TX | Car picked up on 11/6/8 & returned on 11/20/8 | $243.84 | visa |
| F | 11/9/2008 | Fina, I70, LC | 7.4 gal, $2.499/gal | $18.50 | Visa |
| F | 11/19/2008 | Howdy's Western | 11.1 gal, $2.319/gal | $25.65 | Visa |
| D | 11/7/2008 | Dr. Haese | Kathi's Treatment protocol | $5,285.00 | Visa |
| D | 11/10/2008 | Carla | Picc install | $524.00 | Check |
| D | 11/10/2008 | Dr. Haese | Jim's Treatment protocol | $3,720.00 | Visa |
| T | 11/4/2008 | Sandy Travel | Travel service fee | $50.00 | visa |
| T | 11/6/2008 | Alaska Airlines | Fee | $50.00 | visa |
| T | 11/20/2008 | American Airlines | Bag fee | $30.00 | visa |

Meals

| Date | Restaurant | Meal | Amount | Payment Method |
|---|---|---|---|---|
| 11/6/2008 | Burger King/LA airport | K & J Lunch | $9.49 | visa |
| 11/6/2008 | Uno Chicago Grill, LC | K & J Dinner | $30.29 | visa |
| 11/7/2008 | Jack In The Box, LC | J's Breakfast | $5.01 | visa |
| 11/7/2008 | Carl's Jr, LC | K & J Lunch | $7.36 | visa |
| 11/7/2008 | Denny's Rest | K & J Dinner | $18.57 | visa |
| 11/8/2008 | Ihop, LC | K & J Breakfast | $13.26 | visa |
| 11/8/2008 | Ruby Tuesday, LC | K & J Dinner | $18.56 | visa |
| 11/9/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| 11/9/2008 | Village Inn Pancake House, LC | K & J Dinner | $21.90 | visa |
| 11/10/2008 | Jack In The Box, LC | K & J Breakfast | $5.98 | visa |
| 11/10/2008 | Carl's Jr, LC | K & J Lunch | $5.17 | visa |
| 11/10/2008 | Village Inn Pancake House, LC | K & J Dinner | $20.95 | visa |
| 11/11/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| 11/11/2008 | Village Inn Pancake House, LC | K & J Dinner | $18.80 | visa |
| 11/11/2008 | Burger King/LC | J Lunch | $3.10 | visa |
| 11/12/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| 11/12/2008 | Jack In The Box, LC | J Lunch | $2.45 | visa |
| 11/12/2008 | Village Inn Pancake House, LC | K & J Dinner | $19.26 | visa |
| 11/13/2008 | Ihop, LC | K & J Breakfast | $12.26 | visa |
| 11/13/2008 | Chilitos | K & J Dinner | $15.04 | visa |
| 11/14/2008 | Carl's Jr, LC | K & J Breakfast | $6.40 | visa |
| 11/14/2008 | Risotto Bistro Café | K & J Dinner | $21.21 | visa |
| 11/15/2008 | Ihop, LC | K & J Lunch | $20.85 | visa |
| 11/15/2008 | Applebees | K & J Dinner | $25.98 | visa |
| 11/16/2008 | Ihop, LC | K & J Lunch | $9.99 | visa |
| 11/16/2008 | Risotto's Bistro | K & J Dinner | $15.12 | visa |
| 11/17/2008 | Carl's Jr, LC | J Lunch | $6.25 | visa |
| 11/17/2008 | Quiznos #6917, LC | K Lunch | $2.14 | cash |
| 11/17/2008 | Cracker Barrel Store #253, LC | K & J Dinner | $17.69 | visa |
| 11/18/2008 | Cracker Barrel Store #253, LC | K & J Lunch | $18.59 | visa |
| 11/18/2008 | Cracker Barrel Store #253, LC | K & J Dinner | $12.00 | visa |
| 11/19/2008 | Jack In The Box, LC | K & J Breakfast | $6.19 | visa |
| 11/19/2008 | Cracker Barrel, El Paso | K & J Dinner | $20.22 | visa |
| 11/20/2008 | jack In The Box, El Paso | J breakfast | $2.37 | visa |
| 11/20/2008 | Burger King/LA airport | K & J Lunch | $6.69 | visa |

Sundry Expenses

| Date | Vendor | Purchases | Amount | Payment Method |
|---|---|---|---|---|
| 11/8/2008 | Walmart | House hold items | $14.14 | Debit |
| 11/7/2008 | Walmart | House hold items | $17.96 | Debit |
| 1/7/2008 | OfficeMax | Kathi's 2 photo copies of Dr. Hease blood photos | $2.55 | Visa |
| 11/8/2008 | Cut Gallery | Hair cut for Kathi | $10.66 | Visa |
| 11/6/2008 | Albertsons | Food items | $14.60 | Debit |
| 11/9/2008 | Dollar Tree | House hold items | $4.29 | Cash |
| 11/10/2008 | OfficeMax | Jim's 2 photo copies of Dr. Haese blood photos | $2.44 | Visa |
| 11/10/2008 | Albertsons | Bottled water | $3.50 | Debit |
| 11/10/2008 | Target, Telshor | Pr. Leg warmers | $6.42 | Visa |
| 11/11/2008 | Motel 6 | Run 2 washing machines @ $1.25 ea | $2.50 | Cash |
| 11/11/2008 | Motel 6 | Run 2 dryers @ $1.25 ea | $2.50 | Cash |
| 11/11/2008 | Walmart | Misc household/food items | $15.55 | Debit |
| 11/12/2008 | Walmart | Misc household/food items | $13.13 | Debit |
| 1/12/2008 | Bank of America | Money phone transfer fee to pay down VISA because near credit limit. Necessary for additional Dr. Haese charges | $15.00 | Debit |
| 11/13/2008 | Walmart | Misc household/food items | $16.54 | Debit |
| 11/13/2008 | Harbor Freight | Rubber gloves | $7.49 | Visa |
| 11/14/2008 | Walmart | Misc household/food items | $5.42 | Debit |
| 11/14/2008 | Walmart | Misc household/food items | $6.59 | Debit |
| 11/16/2008 | Motel 6 | Run 2 washing machines @ $1.25 ea | $2.50 | Cash |
| 11/16/2008 | Motel 6 | Run 2 dryers @ $1.25 ea | $2.50 | Cash |
| 11/17/2008 | Walmart | Food items | $3.96 | Debit |
| 11/17/2008 | Cracker Barrel Store #253, LC | Misc household/food items | $9.03 | Visa |
| 11/18/2008 | Walmart | Misc household/food items | $23.49 | Debit |
| 11/18/2008 | Cracker Barrel Store #253, LC | Misc household/food items | $4.27 | Visa |
| 11/18/2008 | Cracker Barrel Store #253, LC | Misc household/food items | $2.13 | Visa |

Lodging

| Date | Motel | Notes | Amount | Pymt Method |
|---|---|---|---|---|
| 11/6/2008 | Motel 6/Las Cruces, NM | Motel room charges | $880.08 | visa |
| 11/19/2008 | Motel 6/El Paso, TX | Net $39.48 with credits applied. NOTE - heater & internet didn't work even after changing rooms | $50.81 | visa |
| 11/19/2008 | Internet | | $2.99 | cash |
| 11/21/2008 | Motel 6/El Paso, TX | Adjustment for services | -$5.08 | visa |
| 11/21/2008 | Motel 6/El Paso, TX | Adjustment for services | -$6.25 | visa |

Rental

| Date | Auto Rental | Notes | Amount | Pymt Method |
|---|---|---|---|---|
| 11/21/2010 | Dollar Rental Co, El Paso, TX | Car picked up on 11/6/8 & returned on 11/20/8 | $243.84 | visa |

Gasoline Fuel

| Date | Vendor | Gallons | Amount | Payment Method |
|---|---|---|---|---|
| 11/9/2008 | Fina, I70, LC, $2.499/gal | 7.4 | $18.50 | Visa |
| 11/19/2008 | Howdy's Western, $2.319/gal | 11.1 | $25.65 | Visa |