**Medical**

| Date | Doctor/Facilty | Description | Amount | Payment Method |
|---|---|---|---|---|
| 11/7/2008 | Dr. Haese | Kathi's Treatment protocol | $5,285.00 | Visa |
| 11/10/2008 | Carla | Picc install | $524.00 | Check |
| 11/10/2008 | Dr. Haese | Jim's Treatment protocol | $3,720.00 | Visa |

EXHIBIT 3A

Airline Transportation

| Date | Airline | Notes | Amount | Payment Method |
|---|---|---|---|---|
| 11/4/2008 | Sandy Travel | Travel service fee | $50.00 | visa |
| 11/8/2008 | Alaska Airlines | Fee | $50.00 | visa |
| 11/20/2008 | American Airlines | Bag fee | $30.00 | visa |

**Bank of America**

Prepared for: JAMES HALLMAN / KATHLEEN C HALLMAN
Account Number: [redacted]

November 2008 Statement
Credit Line: [redacted]
Cash or Credit Available: [redacted]

## Transactions Continued

### Purchases and Adjustments

| Posting Date | Transaction Date | Reference Number | Account Number | Amount | Promotional Offer ID | Description |
|---|---|---|---|---|---|---|
| 10/27 | 10/25 | 9150 | 5102 | [redacted] B | | [redacted] OR |
| 10/27 | 10/25 | 2729 | 5102 | [redacted] B | | [redacted] |
| 10/27 | 10/25 | 4476 | 5102 | [redacted] B | | [redacted] SANDY OR |
| 10/27 | 10/26 | 5225 | 5102 | [redacted] B | | [redacted] |
| 10/27 | 10/26 | 0288 | 5102 | [redacted] B | | [redacted] |
| 10/28 | 10/27 | 0397 | 5102 | [redacted] B | | [redacted] OR |
| 10/28 | 10/27 | 3468 | 5102 | [redacted] B | | [redacted] |
| 10/29 | 10/27 | 1744 | 5102 | [redacted] B | | [redacted] |
| 10/29 | 10/28 | 1330 | 5102 | [redacted] | | [redacted] |
| 10/29 | 10/28 | 6595 | 5102 | [redacted] | | [redacted] |
| 10/29 | 10/28 | 9450 | 5102 | [redacted] | | [redacted] SANDY |
| 11/03 | 10/31 | 0024 | 5102 | [redacted] | | [redacted] OR |
| 11/03 | 10/31 | 9460 | 5102 | [redacted] B | | [redacted] SANDY |
| 11/03 | 10/31 | 0234 | 5102 | [redacted] | | [redacted] |
| 11/03 | 11/01 | 0057 | 5102 | [redacted] B | | LA [redacted] RESTAURANTE SANDY OR |
| 11/03 | 11/02 | 0444 | 5102 | [redacted] | | [redacted] TROUTDALE OR |
| 11/04 | 11/03 | 5563 | 5102 | [redacted] B | | [redacted] |
| | 11/03 | 1599 | 5102 | 10.00 | | ALASKA AIR 0272127468 SEATTLE WA |
| | 11/03 | 8991 | 5102 | | | HALLMAN/JAMES 11/06 PDX/LAX RNDTRP LAX/PDX |
| | 11/03 | 6776 | 5102 | 10.00 | | ALASKA AIR 0272127468 SEATTLE WA |
| | | | | | Amer. Airlines & Southwest | HALLMAN/KATHLEEN 11/06 PDX/LAX RNDTRP LAX/PD) |
| | 11/03 | 6784 | 5102 | | ticket charges | ALASKA AIR 0272127468 SEATTLE WA |
| | 11/03 | 6792 | 5102 | 15.00 | | HALLMAN/JAMES 11/06 PDX/LAX ONEWAY |
| | | | | | these items were | |
| | 11/03 | 6800 | 5102 | 15.00 | | HALLMAN/KATHLEEN 11/06 PDX/LAX ONEWAY |
| | | | | | mistakenly crossed off | |
| | 11/04 | 1950 | 5102 | 50.00 | | [redacted] 9908120705 SANDY TRAVELOR |
| | | | | | | [redacted] 11/04 XAAXAO ONEWAY |
| 11/07 | 11/05 | 4669 | 5102 | [redacted] B | | [redacted] SANDY |
| 11/07 | 11/05 | 5395 | 5102 | [redacted] B | | [redacted] |
| 11/07 | 11/05 | 5891 | 5102 | | | [redacted] |
| 11/08 | 11/06 | 4935 | 5102 | 9.49 B | | BURGER KING 4 30051247 LOS ANGELES CA 2296 |
| 11/08 | 11/06 | 1286 | 5102 | 30.29 | | PIZZERIA UNO LAS CRUCE LAS CRUCES NM |
| 11/08 | 11/06 | 3801 | 5102 | 880.08 | | MOTEL 6 TELSHOR-LAS CR LAS CRUCES NM |
| 11/10 | 11/07 | 2796 | 5102 | 2.55 | | EXTRA CHARGE |
| 11/10 | 11/07 | 6499 | 5102 | 5.01 | | |
| 11/10 | 11/07 | 0238 | 5102 | 7.38 | | JACK IN THE BOX03112588 LAS CRUCES NM |
| 11/10 | 11/07 | 0721 | 5102 | 18.57 | | CARL'S JR. #7473   Q9 LAS CRUCES NM  LAS CRUCES NM |
| | | | | | | DENNY'S #7970 |
| | | | | | | 0258354797OV17Y7000007510 |
| 11/10 | 11/07 | 3578 | 5102 | 5,285.00 | | THE HAESE CLINIC   LAS CRUCES NM |
| 11/10 | 11/08 | 2407 | 5102 | 18.58 | | RUBY TUESDAY 6081   LAS CRUCES NM |
| 11/10 | 11/08 | 2408 | 5102 | 13.26 | | IHOP   LAS CRUCES NM |
| 11/10 | 11/08 | 9214 | 5102 | | | [redacted] |
| 11/10 | 11/08 | 2923 | 5102 | | | [redacted] |
| 11/12 | 11/09 | 0843 | 5102 | 6.19 | | JACK IN THE BOX03112588 LAS CRUCES NM |
| 11/12 | 11/09 | 3280 | 5102 | 18.50 | gas | PIC QUIK #22   LAS CRUCES NM |
| 11/12 | 11/09 | 1885 | 5102 | 21.90 | | VILLAGE INN PANCAKE HO LAS CRUCES NM |
| 11/12 | 11/10 | 6027 | 5102 | | | OFFICE MAX |
| 11/12 | 11/10 | 7435 | 5102 | 5,177 | | TARGET |
| 11/12 | 11/10 | 0122 | 5102 | 3,720.00 | | CARL'S JR. #7473   Q9 LAS CRUCES NM |
| 11/12 | 11/10 | 3225 | 5102 | 20.95 | | THE HAESE CLINIC   LAS CRUCES NM |
| 11/12 | 11/10 | 1272 | 5102 | 15.00 | | VILLAGE INN PANCAKE HO LAS CRUCES NM |
| 11/12 | 11/12 | 9344 | 5102 | 5.98 | Fee To Paydown Visa to cover these fees | PAY BY PHONE FEE |
| 11/13 | 11/10 | 2444 | 5102 | 3.10 | | IHOP   LAS CRUCES NM |
| 11/13 | 11/11 | 0323 | 5102 | 18.80 | | JACK IN THE BOX03112588 LAS CRUCES NM |
| 11/13 | 11/11 | 1388 | 5102 | 6.19 | | BURGER KING #5935  Q07 LAS CRUCES NM |
| 11/14 | 11/11 | 9930 | 5102 | 19.28 | | VILLAGE INN PANCAKE HO LAS CRUCES NM |
| 11/14 | 11/12 | 0991 | 5102 | 12.28 | | JACK IN THE BOX03112588 LAS CRUCES NM |
| 11/14 | 11/13 | 1811 | 5102 | | | VILLAGE INN PANCAKE HO LAS CRUCES NM |
| 11/14 | 11/13 | 0962 | 5102 | | | IHOP   LAS CRUCES NM |

**Bank of America**

Prepared for: **JAMES HALLMAN / KATHLEEN C HALLMAN**
Account Number: ▓▓▓▓

December 2008 Statement

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 17309
BALTIMORE, MD 21297-1309
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

**Summary of Transactions**

| | |
|---|---|
| Previous Balance | ▓ |
| Payments and Credits | – |
| Purchases and Adjustments | |
| Periodic Rate Finance Charges | + |
| Transaction Fee Finance Charges | + |
| New Balance Total | $959.06 |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | ▓ |
| Closing Date | 12/15/08 |
| Payment Due Date | 01/04/09 |
| Current Payment | ▓ |
| Past Due Amount | + ▓ |
| Total Minimum Payment Due | $15.00 |

### Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| X MOTEL 6  00010678 EL PASO  TX | | 11/21 | | 2777 | 5102 | 5.08 CR |
| X MOTEL 6  00010678 EL PASO  TX | | 11/21 | | 2785 | 5102 | 6.25 CR |
| ▓▓ 1125040143307 | | ▓▓ | | ▓▓ | 5102 | ▓▓ CR |
| ▓▓ 1126040143322 | | ▓▓ | | ▓▓ | 5102 | ▓▓ CR |
| ▓▓ | | ▓▓ | | | | |
| **Purchases and Adjustments** | | | | | | |
| X JACK INTHE BOX03112588 LAS CRUCES  NM | | 11/15 | 11/12 | 4187 | 5102 | 6.19 |
| X JACK INTHE BOX03112588 LAS CRUCES  NM | | 11/15 | 11/12 | 4484 | 5102 | 2.45 |
| X CHILITOS 3850 FOOT HIL LAS CRUCES  NM | | 11/15 | 11/13 | 1695 | 5102 | 15.04 |
| X CARL'S JR. #7473  Q9 LAS CRUCES  NM | | 11/15 | 11/14 | 0085 | 5102 | 6.40 |
| X RISOTTO CAFE  LAS CRUCES  NM | | 11/17 | 11/14 | 5696 | 5102 | 21.21 |
| X IHOP  LAS CRUCES  NM | | 11/17 | 11/15 | 9620 | 5102 | 20.85 |
| X APPLEBEES 916101000058 LAS CRUCES  NM 6225 | | 11/17 | 11/15 | 2258 | 5102 | 25.98 |
| X IHOP  LAS CRUCES  NM | | 11/17 | 11/16 | 9623 | 5102 | 9.99 |
| ▓▓ | | ▓▓ | ▓▓ | ▓▓ | 5102 | ▓▓ |
| 8325054441261776 | | | | | | |
| X CARL'S JR. #7473  Q9 LAS CRUCES  NM | | 11/18 | 11/17 | 0061 | 5102 | 6.25 |
| X CRACKER BARREL #253  LAS CRUCES  NM | | 11/19 | 11/17 | 1370 | 5102 | 17.69 |
| X CRACKER BARREL #253  LAS CRUCES  NM | | 11/19 | 11/17 | 1388 | 5102 | 9.03 |
| X RISOTTO CAFE  LAS CRUCES  NM | | 11/19 | 11/17 | 4059 | 5102 | 15.12 |
| CRACKER BARREL #253  LAS CRUCES  NM | | 11/20 | 11/18 | 1519 | 5102 | 2.13 |
| CRACKER BARREL #253  LAS CRUCES  NM | | 11/20 | 11/18 | 1501 | 5102 | 4.27 |
| X CRACKER BARREL #253  LAS CRUCES  NM | | 11/20 | 11/18 | 1485 | 5102 | 18.59 |
| X CRACKER BARREL #253  LAS CRUCES  NM | | 11/20 | 11/18 | 1493 | 5102 | 12.00 |
| X HOWDY'S NUMBER 15  LAS CRUCES  NM | | 11/20 | 11/19 | 3844 | 5102 | 25.65 |

transactions continued on page 3

# Bank of America

Prepared for: **JAMES HALLMAN**
**KATHLEEN C HALLMAN**
Account Number: ▮▮▮▮

**December 2008 Statement**
Credit Line: ▮▮▮▮
Cash or Credit Available: ▮▮▮▮

## Transactions Continued

Purchases and Adjustments

| Description | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| MOTEL 6 00010678 EL PASO TX 083247039434867 ARRIVAL DATE 11/19/08 | | 11/21 | 11/19 | 1162 | 5102 | 50.81 |
| CRACKER BARREL #252 EL PASO TX | | 11/21 | 11/19 | 1365 | 5102 | 20.22 |
| JACK INTHE BOX03112588 LAS CRUCES NM | | 11/22 | 11/19 | 1180 | 5102 | 6.19 |
| BURGER KING 3 30051239 LOS ANGELES CA 166 | | 11/22 | 11/20 | 3212 | 5102 | 6.69 |
| AMERICAN AI 0012609286 EL PASO TX HALLMAN/JAMES 11/20 XAA/XAE ONEWAY XAE/XXX | | 11/22 | 11/20 | 9903 | 5102 | 30.00 |
| DOLLAR RAC - ELP EL PASO TX JW6093382 CHECK OUT DATE 11/20/08 | | 11/22 | 11/21 | 8843 | 5102 | 243.84 |
| JACK INTHE BOX03108776 EL PASO TX | | 11/24 | 11/20 | 7651 | 5102 | 2.37 |

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-9258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

RESERVE YOUR 2008 YEAR-END SUMMARY TODAY. CALL 1-866-491-1141 BY 1-30-09 AND FOR ONLY $9.95, YOU WILL BE MAILED A DETAILED SPENDING SUMMARY BY 2-13-09.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.

SAVING MONEY ON YOUR NEXT VACATION OR CRUISE IS EASIER THAN EVER WHEN YOU VISIT AND BOOK YOUR TRIP NOW AT WWW.BANKOFAMERICA.COM/TRAVEL.

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.016164% | 5.90% | S | $0.00 |
| Cash Advances | | 0.057507% V | 20.99% | S | $0.00 |
| Purchases | | 0.036959% V | 13.49% | S | $0.00 |

**Annual Percentage Rate for this Billing Period:**
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

See Corresponding Annual Percentage Rate Above

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect)

Page 3 of 4

## The Imaging Center

Las Cruces Radiology Associates, Inc.
160 Roadrunner Pkwy Las Cruces, NM 88011
Phone: 505-556-1800 Toll Free: 888-522-6631

### Of Las Cruces Radiology/Las Cruces Imaging

**DISCOUNT RATE FORM**

Patient Name: Kathy Hallman                         DOS: 11/10/08

I am aware that I am paying on a cash discount basis for the procedure(s) as follows:
The estimated quoted amount was quoted by David

Procedure: Picc Insertion                           Estimated Amount: 500.00
Procedure: 1 View Chest Xray                        Estimated Amount: 24.00      pd ck #7767
Procedures:                                         Estimated Amount:

                                            Total: $ 524.00

(✓) Paid in full

( ) 3 installment payment plan 1st due on dos for the amount of $_____
Followed by two consecutive monthly payments in the amount of $_____

I am aware that additional procedure(s) may be performed, or any necessary medications may be administered, which may not be included in the estimated price Therefore I am aware of the additional costs that may incur. I understand that I am responsible for the balance due. This discount rate will void the right to submit the charge(s) to any insurance for additional reimbursements.

Patient _____             Date _____

Guardian _____             Date 11-10-08

Witness _____             Date 11/10/08

**LCRA/LCI**
160 Roadrunner Parkway
Las Cruces, NM 88011
Billing 575-532-7000, 575-556-1800

N° 1184
DATE 11/10/08

RECEIVED FROM Kathy Hallman  $ 524.00

Five Hundred Twenty Four and 00 cents DOLLARS

FOR Picc Insertion + 1view Xray

☐ CASH
☑ CHECK
☐ M.O.
☐ CREDIT CARD

AMOUNT OF ACCOUNT $ check # 1767
AMOUNT PAID $ 524.00  Thank You!
BALANCE DUE $ BY E. Oraja

Fwd: (no subject)

Subject: Fwd: (no subject)
From: Riquette42@aol.com
Date: Mon, 24 Nov 2008 17:29:43 EST
To: Hallent@xprt.net

One site has it all. Your email accounts, your social networks, and the things you love. Try the new AOL.com today!

Subject: (no subject)
From: Riquette42@aol.com
Date: Mon, 24 Nov 2008 17:20:34 EST
To: Hallent.@xprt.net

| KATHLEEN HALLMAN | NOVEMBER 7, 2008 |
|---|---|
| MICROSCOPY (250.00) | N/C |
| 3-ANTIMICROBIAL INFUSIONS (850.00)X3 | $2,550.00 |
| 4-NUTRITIONAL INFUSIONS (265.00)X4 | $1,060.00 |
| 4-DIOXYCHLOR IV'S (175.00)X4 | $700.00 |
| 4-ST8 TREATMENTS (150.00)x4 | $600.00 |
| 3-FIR DETOX (125.00)X3 | $375.00 |
| TOTAL COST OF PROTOCOL | $5,285.00 |

*15-20 minutes extra each trmt.*

```
     THE MAESE CLINIC
     532 N TELSHOR STE 6
     LAS CRUCES, NM  8801

     TERMINAL I.D.:
     MERCHANT # :     868890011667691
     11/07/08          1:19 PM
     VISA
     *************5102
     SWIPED
     SALE
     BATCH: 000040
     INV:494669
     AUTH: 02561A
     RRN: 00000000
     TOTAL       $5285.00

     KATHLEEN C HALLMAN
```

On ... s, your social networks, and the things you love. Try the new AOL.com today!

ject).eml  Content-Type: message/rfc822

1 of 1                    CUSTOMER COPY                                          11/24/2008 7:27 PM

**Subject:** Treatment
**From:** NmDragon76@aol.com
**Date:** Mon, 10 Nov 2008 18:25:02 EST
**To:** hallent@xprt.net

| | |
|---|---|
| 2- Anti Microbial Infusions | $ 1,700.00 (850.00)x2 |
| 3- Nutritional Support IV's | $795.00 (265.00)x3 |
| 3- Dioxychlor IV's | $525.00 (175.00)x 3 |
| 3- ST-8 Treatments | $450.00 (150.00)x4 |
| 2- FIR Detox | $250.00 (125.00)x2 |
| Total Cost of protocol | $3720.00 |

AOL Search: Your one stop for directions, recipes and all other Holiday needs. Search Now.

Jim's treatment

```
THE HAESE L  .IIIC
532 N TELSHOK STE 6
LAS CRUCES, NM  8801

TERMINAL I.D.:
MERCHANT #  :        8688800116670U1

11/10/08           5:25 PM

VISA
************5102
SWIPED

SALE
BATCH: 000041
INV: 494672

AUTH: 03534A
RRN: 00000000

TOTAL        $3720.00

JAMES HALLINAN

          CUSTOMER COPY
```

of 1                                                11/22/2008 12:43 PM

Jim Hallman
1808 SE Shadetree Lane
Sandy, OR 97055

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 16280    WASHINGTON DC

POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

UNITED STATES ATTORNEYS OFFICE
DISTRICT OF NEW MEXICO
555 S TELSHOR STE 300
LAS CRUCES NM 88011

Attention: Jacquie Gutierrez

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



RECEIVED
U.S. ATTORNEY'S OFFICE
LAS CRUCES, NM
2010 MAR 10 AM 11: 20

RECYCLED PAPER.
MINIMUM 20% POST-CONSUMER
FIBER CONTENT.
Columbian® — 97 Clasp (10 x 13)