*Stephanie Anderson, case # 2009R01028*

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   *Billed by Dr. Haese's clinic for treatment* $ *8,098*
   *for Daniel and Stephanie Anderson* $ _____
   *(was billed to Kathleen and James Hallman for our treatment)* $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

EXHIBIT 5

(Stephanie and husband Daniel Anderson traveled together.)

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.) (Air tickets were free because of frequent flier miles.)

Travel expense - hotel - La Quinta in Las Cruces, NM  $759.68
Travel expense - car rental - Enterprise  $436.74
Travel expense - food during stay in Las Cruces, NM  $364.08
Travel expense - gas and airline checked bag fees - $72.21

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

Amount of lost wages or income                                                                 $ _____

**TOTAL OF CRIME RELATED COSTS**                                                 $ 9,730.71

**B.   Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**                                 $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**                                                                    $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
                                                                                                              $ _____

2. Have you applied for Crime Victim Compensation Benefits?  Yes ____   No ____

   If you received any compensation as a result of your claim, please list the amount.
                                                                                                              $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                                                              $ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_Stephanie E. Ander___                                            3-7-10
SIGNATURE                                                                  DATE

) subject)
Subject: (no subject)
From: DRCarlEHaese@aol.com
Date: Tue, 20 Jan 2009 15:54:56 EST
To: hallent@xprt.net

*"treatment" from Dr. Haese*

Anderson's                                    01/20/2009

2-Anti Microbial Infusions          $1,900.00  (950.00)x2

                                                                    overcharged $2.00

3-Nutritional Support IV's          $885.00 (295.00)x3     $7,940
                                                                    + 156 supplints
                                                                    $8,096

3-Dioxychlor IV's                   $585.00  (195.00)x3    Billed $8,098

2- ST-8 Treatments                  $300.00 (150.00)x2

2- FIR Detox                        $300.00 (150.00)x2

Total Cost of protocol              $3,970.00x2 $7,940.00

Inaugu                              from the na  Anderson's

```
THE HAESE CLINIC
532 N TELSHOR STE G
LAS CRUCES, NM  8801

TERMINAL I.D.:
MERCHANT #  :    060000011667001

01/20/09       3:41 PM

VISA
************7258
MANUAL

SALE
BATCH: 000075
INV:494788

AUTH: 05564C
RRN: 00000000
AVS: Y

  TOTAL      $8098.00

       S + D
       Anderson

   CUSTOMER COPY
```

Ultra Preventive - $33.00
Ultra B Complex - 24.00
Ultra Nucleo Plex - 34.00
Cellzyme - 65.00
                   $156.00

1/20/2009 1:04 PM

*notel*



**LA QUINTA INN LAS CRUCES ORGAN MOUNTAIN**
1500 HICKORY DRIVE
LAS CRUCES, NM 88005
5755230100

IDERSON, DANIEL
085 PIONEER BOULEVARD
ITE 200
NDY, OR 97055
mpany: AAA RATES

Folio#: 403035716
Room: 215
Arrival: 01/18/09
Departure: 01/28/09
Rate: $63.00
Returns Club No :
Voucher/Ship/PO: VT2GGC

| rans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 59326 | 1/18/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $66.60 |
| 59327 | 1/18/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $69.10 |
| 59328 | 1/18/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $72.43 |
| 59329 | 1/18/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $77.18 |
| 59501 | 1/19/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $143.78 |
| 59502 | 1/19/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $146.28 |
| 59503 | 1/19/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $149.61 |
| 59504 | 1/19/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $154.36 |
| 59738 | 1/20/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $220.96 |
| 59739 | 1/20/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $223.46 |
| 59740 | 1/20/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $226.79 |
| 59741 | 1/20/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $231.54 |
| 59928 | 1/21/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $298.14 |
| 59929 | 1/21/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $300.64 |
| 59930 | 1/21/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $303.97 |
| 59931 | 1/21/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $308.72 |
| 60172 | 1/22/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $375.32 |
| 60173 | 1/22/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $377.82 |
| 60174 | 1/22/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $381.15 |
| 60175 | 1/22/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $385.90 |
| 60396 | 1/23/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $452.50 |
| 60397 | 1/23/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $455.00 |
| 60398 | 1/23/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $458.33 |
| 60399 | 1/23/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $463.08 |
| 60598 | 1/24/2009 | Rm: 215 AAA - AAA RATE | $66.60 | $0.00 | $529.68 |
| 60599 | 1/24/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $532.18 |
| 60600 | 1/24/2009 | TAX - OCCUPANCY - CITY | $3.33 | $0.00 | $535.51 |
| 60601 | 1/24/2009 | TAX - OCCUPANCY - STATE | $4.75 | $0.00 | $540.26 |
| 60823 | 1/25/2009 | Rm: 215 AAA - AAA RATE | $63.00 | $0.00 | $603.26 |
| 60824 | 1/25/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $605.76 |
| 60825 | 1/25/2009 | TAX - OCCUPANCY - CITY | $3.15 | $0.00 | $608.91 |
| 60826 | 1/25/2009 | TAX - OCCUPANCY - STATE | $4.49 | $0.00 | $613.40 |
| 1066 | 1/26/2009 | Rm: 215 AAA - AAA RATE | $63.00 | $0.00 | $676.40 |
| 1067 | 1/26/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $678.90 |
| 1068 | 1/26/2009 | TAX - OCCUPANCY - CITY | $3.15 | $0.00 | $682.05 |
| 1069 | 1/26/2009 | TAX - OCCUPANCY - STATE | $4.49 | $0.00 | $686.54 |
| 1348 | 1/27/2009 | Rm: 215 AAA - AAA RATE | $63.00 | $0.00 | $749.54 |
| 1349 | 1/27/2009 | TAX - OCCUPANCY - FLAT RATE | $2.50 | $0.00 | $752.04 |
| 1350 | 1/27/2009 | TAX - OCCUPANCY - CITY | $3.15 | $0.00 | $755.19 |

*Car rental*



ENTERPRISE LEASING COMPANY - WEST
6701 CONVAIR RD STE T
EL PASO, TX 799251029
(915) 779-2260
Branch: 1007649
Ticket: 610695   Ref#: 4H773J

DANIEL ANDERSON
Out: 01/18/2009 2:57 PM
In: 01/28/2009 11:05 AM
Vehicle: 2008 CHRY PTCR TOUR
Vehicle License: FLT775

TIME & DISTANCE
    1@$142.51/WEEK =     $142.51
    3@$28.64/DAY =        $85.92
REFUELING CHARGE        =    $0.00
YOUNG DRIVER FEE (18-24)
    10@$10.00/DAY =      $100.00
AIRPORT SURCHARGE
    10.0000% =            $32.84
TEXAS REIMBURSEMENT FEE
    10@$1.85/DAY =        $18.50
TEXAS MOTOR VEHICLE RENTAL TAX
    10.0000% =            $37.98
SUNBOWL TAX   5.0000% =  $18.99
    Total Charges:       $436.74


Charge To: MC XXXXXXXXXXXX7825

Thank you for renting from
Enterprise Rent-a-Car
To reserve a car use:
1 (800) RENT-A-CAR
or
www.enterprise.com

*food during travel*

```
QUIZNOS 5771
1455 HICKORY DR. #6
LAS CRUCES, NM 88005
   (505) 523 4600

    *** COPY ***

ORDER # 01373

  RG PRIME RIB         5.99
  RG TRKY RANCH        5.39

  EAT-IN
                  $   11.38
  TAX TOTAL       $    0.81
  TOTAL           $   12.19

  CHECK           $   12.19

5173      COUNTER    JAN.19,2009
          REG1-PM       11:52

CUSTOMER COMMENTS CALL 866 4TOASTED
    VISIT US AT WWW.QUIZNOS.COM
   GO TO WWW.ULTIMATEITALIAN.COM
         TO ENTER QUIZNOS
      ULTIMATE ITALIAN GIVEAWAY
```

```
  SUBWAY SANDWICHES  #6
       555 UTAH #C
    LAS CRUCES, NM 88001
       (505) 644-2062

   JAN 20, 2009 02:06PM

 MERCH ID: 01319899835000

 REF #: 037
 ACT #:  ************4010
 CARD : MASTERCARD

 SALE           $   11.67

 APPROVAL CODE:     063523
 TRAN ID:    MDGIGSKHF0120

   I AGREE TO PAY ABOVE
  TOTAL AMOUNT ACCORDING
  TO CARD ISSUER AGREEMENT

 X_____
         SIGNATURE
    ANDERSON/DANIEL BENJAMIN

         THANK YOU!
      PLEASE COME AGAIN!

        CUSTOMER COPY
```

```
           NEW CHINA BUFFET
           850 N TELSHOR BLVD
           LAS CRUCES NM 88011
              505-522-8989

Merchant ID: 000002934977
Term ID: 00324911    Ref #: 0052
Server ID: 8

                    Sale

XXXXXXXXXXXX4010

MASTERCARD  Entry Method: Swiped

Amount:          $      19.31
Tip:
                 ================
Total:
                 ================

01/21/09              18:50:58
Inv #: 000052   Appr Code: 064604
Aprvd: Online    Batch#: 000480


              Customer Copy
              THANK YOU
```



```
Cracker Barrel Store #253
     Las Cruces, NM
1043410 CHRISTINA L

TBL 214/1   5 6 7 2     GST 2
JAN20'09 7:17PM

1 WATER                    0.00
1 WATER                    0.00
1 MOM CAKE MAPLE           7.19
    SCRAMBLED
1 CD SM CO HAM             7.19
Subtotal                  14.38
Tip                        3.00
Tax                        1.06
Total                  18.44
XXXXXXXXXXXX1016       XX/XX
MASTER CARD            18.44
--1138714 CLOSED JAN20  7:48PM--

         Thank You
      Please Come Back
     www.CrackerBarrel.com
```

```
              QUIZNOS 5771
           1455 HICKORY DR. #6
            LAS CRUCES, NM 88005
              (505) 523 4600

    ORDER  #  01607

       RG BRBN CHICKN              5.39
       CHIPS                       0.99
       MED DRINK                   1.59
       RG ITALIAN                  5.39
       CHIPS                       0.99
     1 ENTREE/CHIPS               -0.59

     EAT-IN

                             $   13.76
       TAX TOTAL             $    0.98
       TOTAL                 $   14.74

       MASTER CARD           $   14.74
         CHARGE TIP          $    0.00
         ACCOUNT#    :
         AUTH#       :

     5454         COUNTER       JAN.21,2009
                  REG1-PM         12:00

     CUSTOMER COMMENTS CALL 866 4TOASTED
         VISIT US AT WWW.QUIZNOS.COM
         GO TO WWW.ULTIMATEITALIAN.COM
                TO ENTER QUIZNOS
            ULTIMATE ITALIAN GIVEAWAY
```

```
           Cracker Barrel Store #253
                Las Cruces, NM
       1103666 LINDSEY J                    1

       TBL 224/1     6 6 0 5        GST 2
              JAN22'09  6:25PM

       1 RASPBERRY LEMON          1.99
       1 WATER                    0.00
       1 COUNTRY CHEF SAL         7.99
           PEPPERCORN
       1 GRILL CKN SALAD
           HONEY MUSTARD
       Subtotal                  17.97
       Tip                        3.00
       Tax                        1.33
       Total                 2 2 . 3 0
       XXXXXXXXXXXX1016         XX/XX
       MASTER CARD              22.30
       --1120256 CLOSED JAN22  7:07PM--

              Thank You
           Please Come Back

           www.CrackerBarrel.com
```

```
Credit Purchase
Name         : ANDERSON/STEPHANIE E
CC Type      : MasterCard
CC Num       : xxxx xxxx xxxx 1016
Reference    : 1566
Approval     : 005868
Server       : Manager
Ticket Name  : D 5:2

Payment Amount:        $14.50

Tip:                   $1.50

Total:                 $16.00

X_____

I agree to pay the amount shown above.

         CUSTOMER COPY

       Please Come Back!
```

```
             SANTORINI
        1001 University Ave. Ste 2
           Las Cruces, NM 88006
            ph 915-274-7663

       Thank You for Visiting

    TABLE: D 5:2 - 1 Guests
    SANTORINI [Not Found]
    1/22/2009 12:44:43 PM - ID #0057508
    Subtotal                    $13.50
    Total Taxes                  $1.00

    Grand Total                 $14.50
```

Thank you (handwritten)

```
Thank You For Choosing
       Chick-fil-A
      (505) 522-8204
   1/26/2009 12:22:30 PM
         EAT IN
Order Number:   490124

1  CG Sand                3.49
1  Med Fry                1.55
1  4 Strips               4.09
1  Med Fruit Cup          2.19

   Sub. Total:           11.32
                          0.83
   al:                      15
   Discount Total:        ⎿.00

   Change                 0.00
   Master Card:         -12.15
Register:6    Tran Seq No: 490124
Store No:00187            Crystal
       Please Visit Again

Master Card
Card Num : XXXXXXXXXXXX1016

APPROVED
Result   : 00
Approval : 016265
```

```
                    Daniel
                   HMSHOST
                 BURGER KING
             EL PASO INT'L AIRPORT

216 CRISTINA

CHK 8771  JAN20'09 11:56AM

            TO GO

1  CHIX TEND SAND          4.49
1  FRENCH FRIES  R         1.79
1  WHP? W/CHS              3.59
      NO MAYO
      NO TOMATO
1  L FRENCH FRIES

       TOTAL                1?
   TAX                    0.98
   AMOUNT              12.84
   XXX  XXXXXXXXX0      XX/XX
   MST CARD  A1 5*       12.84
```



```
APPLEBEE'S
Jonnah
NM 88
( ) 522-3292
                              CTRL: 24650
USR: JOSH D MASTERCARD
DATE: 01-25-09  TIME: **:*********1016
                       **/**
CARD NUMBER:    *************1016
EXP DATE:       **/**
APPRO  CODE: 031754

AMOUNT:    18.19
TIP:        3.81
TOTAL:    $22.00

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **
```



APPLEBEE'S
NEIGHBORHOOD GRILL & BAR
1601 Hickory Loop
Las Cruces, NM 88001
(505) 525-1891

USER: JENNIFER W MASTERCARD
DATE: 01-27-09  TIME: 20:12  CTRL: 20186

CARD NUMBER:    ************1016
EXP DATE:       **/**
APPROVAL CODE:  081960

AMOUNT:      20.21

TIP:          3.00

TOTAL:       $23.21

X_____
Cardmember agrees to pay total in
accordance with agreement governing
use of such card.

** GUEST COPY **

*gas*

```
Murphy Express
1290 South Vall
Las Cruces,
 NM 88005-3060
 800-843-4298

SITE:              8536
DATE:          01-25-09
TIME:             20:13
TRACE:             8916
Merch5429      92185364
Term ID:         99051
SALE
Debit
************4010
Entry Method:
Invoice#: 9492
Auth.#: 007423
Batch: 20090125478
CARD AMT:  $   21.25
PIN  SED

PUMP:                 1
PROD:             UNLE
PRICE/GAL:      $1.719
NET/GAL:        $1.719
QTY(GAL)  :     14.105
FUEL TOTAL:    $24.25
NET TOTAL:     $24.25

Save 3 cents per
GALLONS with the
Murphy Express
GAS CARD!!
```

```
Murphy Express 8536
1290 South Valley Dr
Las Cruces,
 NM 88005-3060
 800-843-4298

SITE:              8536
DATE:          01-25-09
TIME:             10:12
TRACE:             7305
ch5   92988   5364
  ID: LP69    5
 LE
 bit
************4010
Entry Method:  S
Invoice#: 8755
Auth.#: 006944
Batch: 20090125470
CARD AMT:  $   13.00
PIN USED

PUMP:                 6
PROD:           UNLEAD
PRICE/GAL:      $1.719
NET/GAL:        $1.719
QTY(GAL)  :      7.561
FUEL TOTAL:    $13.00
NET TOTAL:     $13.00

Save 3 cents per
GALLONS with the
Murphy Express
GAS CARD!!
```

```
7-11 #57651
6200 GATEWAY EAST
EL PASO        ,TX
Station: 651
  Unit: 5194-01
   - Original -
01/28/2009 10:53
Receipt: 42834
  Pump: 02
Product: UNLEADED
Gallons:    2.667
Price/G:  $ 1.859
  TOTAL:  $ 4.96
SALE - Card Swiped
MC XXXXXXXXXXXX4010
Response Code 00
Refer: 96000790244
Batch: 79   Seq:  24
Approval: 077265
    Thank You For
    Your Business
  Please Come Again
```

*Daniel Anderson, Case number 2009R01028*

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____$_____
   _____$_____
   _____$_____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   _____$_____
   _____$_____
   _____$_____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____$_____
   _____$_____
   _____$_____

4. If you had an funeral expenses, please list them.

   _____$_____
   _____$_____
   _____$_____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

_____$_____

_____$_____

_____$_____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

Amount of lost wages or income $349.49

**TOTAL OF CRIME RELATED COSTS** $349.49

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

**Property, Auto or Homeowners Insurance** $_____

Name of Company _____ Claim Number _____

Address: _____ Phone Number _____

**Medical Insurance** $_____

Name of Company _____ Claim Number _____

Address: _____ Phone Number _____

Other (list source and amount and please use additional paper if necessary.) $_____

2. Have you applied for Crime Victim Compensation Benefits? Yes ____ No ____

If you received any compensation as a result of your claim, please list the amount. $_____

Total Money Received from Insurance, Crime Victim Compensation and other sources $_____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_____       3-7-2010
SIGNATURE                              DATE

(Daniel is **no** longer employed w/ this employer)

| Date | Type | Units | Rate | TotalPay | Deductions | Amount | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|
| 1/18/2009 | Reg | 40.00 | 10.50 | 420.00 | Employee Portio | $6.09 | Employee P | $6.09 |
| Total Earnings | | | | $420.00 | Employee Portio | $26.04 | Employee P | $26.04 |
| | | | | | Federal- Married | $19.60 | Federal- M | $19.60 |
| | | | | | Oregon | $18.22 | Oregon | $18.22 |
| | | | | | Oregon employe | $0.56 | Fed Txbl | $420.00 |
| | | | | | | | Gross | $420.00 |
| | | | | | | | Marital: | M |
| | | | | | | | Fed Dep | 1 |
| | | | | | | | ST Dep | 1 |

TOTAL EARNINGS: $420.00     TOTAL DEDUCTIONS: $70.51     NET: $349.49

EMPLOYEE:   85987   Anderson, Daniel B                    CHECK #   146182

Northwest Staffing Resources - NSG_Clackamas     PAY PERIOD ENDING  1/18/2009     CHECK DATE: 1/21/2009



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 16280   WASHINGTON DC

POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

UNITED STATES ATTORNEYS OFFICE
DISTRICT OF NEW MEXICO
555 S TELSHOR STE 300
LAS CRUCES NM 88011

Attention: Jacquie Gutierrez

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2010 MAR 29 AM 10:04
RECEIVED
U.S. ATTORNEY'S OFFICE
LAS CRUCES, NM