3/15/10

Dear Judge,

We have enclosed copies of Financial Impact statement worksheets for a family of five. The sixth person, Monet Pitre, was not treated. Monet had her blood examined only. Max Shindler paid for all five people, who were treated. Enclosed is Max Shindler's <u>credit card</u> statement with highlighted areas.

We were told we were cured of Lyme Disease, but we are not. We would like out money back for further proper treatment.

Sincerely,

Max Shindler  *Max Shindler*
Margaret Smith  *Margaret S. Smith*
Tawnya Smith  *Tawnya Smith*
Chloe Lohmeyer  *Chloe*
Jack Pitre
Monet Pitre

Chloe Lohmeyer and Monet Pitre are minors. Tawnya Smith is there mother.

EXHIBIT 12

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   *See attached credit card statement* $ *32,426.00*
   *enclosed, highlighted areas only* $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

_See attached credit card statement_ $ _2,569.74_
_enclosed highlighted areas only_ $ _____
_____ $ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

Amount of lost wages or income     $ _____

**TOTAL OF CRIME RELATED COSTS**     $ _34,995.74_

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**     $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**     $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
   $ _____

2. Have you applied for Crime Victim Compensation Benefits? Yes ____ No ✓

   If you received any compensation as a result of your claim, please list the amount.
   $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
$ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_Marc a. Shindler_                                      _3/15/10_
SIGNATURE                                                DATE

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   *See attached credit card statement* $ 32,426.00
   *enclosed, highlighted areas only* $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

*See attached credit card statement* $ 2,569.74
*enclosed highlighted areas only* $ _____
$ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

Amount of lost wages or income                                                                 $ _____

**TOTAL OF CRIME RELATED COSTS**                                                  $ 34,995.74

B.  **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**                              $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**                                                                         $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
   $ _____

2. Have you applied for Crime Victim Compensation Benefits?  Yes ____  No ✓

   If you received any compensation as a result of your claim, please list the amount.
   $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
$ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

*Margaret S. Smith*                                                        3/15/10
SIGNATURE                                                                            DATE

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   ~~See attached credit card statement~~ $ _____
   ~~enclosed highlighted areas only~~ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   See attached credit card statement  $ 32,426.00
   enclosed highlighted areas only     $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

   See attached credit card statement $ 2,569.74
   enclosed highlighted areas only   $ _____
   _____ $ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

   Amount of lost wages or income                                    $ _____

**TOTAL OF CRIME RELATED COSTS**                                     $ 34,995.74

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**                        $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   **Medical Insurance**                                             $ _____

   Name of Company _____ Claim Number _____

   Address: _____ Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
                                                                     $ _____

2. Have you applied for Crime Victim Compensation Benefits?  Yes ____  No ✓

   If you received any compensation as a result of your claim, please list the amount.
                                                                     $ _____

   Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                     $ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_Taunya Pitre_                                                       3/15/10
SIGNATURE                                                            DATE

*Chloe Sonmeyer*

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   *See attached credit card statement*  $ *32,426.00*
   *enclosed highlighted areas only*  $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

5.  Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

    See attached credit card statement  $ 2,569.74
    enclosed, highlighted areas only    $ _____
                                        $ _____

6.  If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

    Amount of lost wages or income                              $ _____

**TOTAL OF CRIME RELATED COSTS**                                $ 34,995.74

B.  **Money you have received from other sources:**

1.  If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

    **Property, Auto or Homeowners Insurance**                  $ _____

    Name of Company _____ Claim Number _____

    Address: _____ Phone Number _____

    **Medical Insurance**                                       $ _____

    Name of Company _____ Claim Number _____

    Address: _____ Phone Number _____

    Other (list source and amount and please use additional paper if necessary.)
                                                                $ _____

2.  Have you applied for Crime Victim Compensation Benefits?  Yes ____  No ✓

    If you received any compensation as a result of your claim, please list the amount.
                                                                $ _____


Total Money Received from Insurance, Crime Victim Compensation and other sources
                                                                $ _____


Please write any additional information you would like the judge to know about the money this crime has cost you.

Tawnya Pitre (mother of Chloe Lohmeyer)        3/15/10
    SIGNATURE       16 yrs old                    DATE
                    currently

# FINANCIAL IMPACT STATEMENT WORKSHEET

Please use this portion of the form to list any expenses you have had or paid as a result of this crime. Some of the sections may not apply to you. If possible, please attach copies of bills, receipts, estimates of value, replacement costs, or other evidence of the costs listed below. Please attach additional pages as necessary.

## A. Crime Related Costs

1. List any personal belongings or personal property lost, destroyed or damaged as a result of this crime and the value. This would include damage to your home, business or other real estate. (Examples of losses are: loss or damage to personal belongings such as televisions, clothing, jewelry and automobiles. You also may wish to include expenses for installing deadbolts, repairing locks, and/or any crime scene cleanup.)

   _____ $ _____
   _____ $ _____
   _____ $ _____

2. List any medical expenses incurred as a result of this crime. (You may wish to include expenses for doctors, medications, hospital stays, or occupational therapy, counseling, medical supplies, wheelchair rental, glasses, hearing aids, Traditional Native American Ceremonies.)

   *See attached credit card statement* $ *32,426.00*
   *enclosed highlighted areas only* $ _____
   _____ $ _____

3. Please describe any future medical or counseling expenses your doctor or therapist anticipates and attach an estimate of their costs.

   _____ $ _____
   _____ $ _____
   _____ $ _____

4. If you had an funeral expenses, please list them.

   _____ $ _____
   _____ $ _____
   _____ $ _____

5. Please list any other expenses you incurred. (You may wish to list items such as child care during court appearances, transportation costs for medical treatment or court appearances, installing new locks or security devices, fees incurred in changing banking or credit card accounts, moving expenses, etc.)

   See attached credit card statement   $ 2,569.74
   enclosed highlighted areas only   $ _____
   _____   $ _____

6. If you lost wages or income because you were unable to work because of the crime, had doctor or therapy visits, or attended court, please indicate the total amount of money you lost in wages. (Where possible, please attach a letter from your employer verifying the amount of lost wages or income.)

   Amount of lost wages or income   $ _____

**TOTAL OF CRIME RELATED COSTS**   $ 34,995.74

B. **Money you have received from other sources:**

1. If you have already received or expect to receive any payments or benefits from the sources below, please indicate any amounts received, name of insurance company and claim number.

   **Property, Auto or Homeowners Insurance**   $ _____

   Name of Company _____   Claim Number _____

   Address: _____   Phone Number _____

   **Medical Insurance**   $ _____

   Name of Company _____   Claim Number _____

   Address: _____   Phone Number _____

   Other (list source and amount and please use additional paper if necessary.)
   $ _____

2. Have you applied for Crime Victim Compensation Benefits? Yes ____ No ✓

   If you received any compensation as a result of your claim, please list the amount.
   $ _____

Total Money Received from Insurance, Crime Victim Compensation and other sources
$ _____

Please write any additional information you would like the judge to know about the money this crime has cost you.

_____   3/15/10
SIGNATURE                    DATE

Ref: 00000224-00001168

# smithbarney

## Smith Barney Reserved Client Financial Management Account
## 2008 Year End Summary

MAX A SHINDLER TTEE
Account Number: 518-07822-10-048

Page 6 of 12

## FMA Card Activity - Summary 2008 - continued

### Purchases

| Month | Travel | Restaurants | Entertainment | Merchandise | Other | Total |
|---|---|---|---|---|---|---|
| August | $2,013.96 | | | $13,530.03 | $27,964.55 | $93,508.54 |
| September | 158.61 | | 1,348.00 | 174.14 | 1,680.36 | 3,361.11 |
| October | 819.88 | | 48.69 | 349.07 | 131.60 | 1,348.24 |
| November | 3,586.91 | | | 474.12 | 5,202.60 | 9,263.63 |
| December | 83.16 | | | 690.52 | 98.34 | 872.02 |
| Total | $10,690.50 | $0.00 | $1,550.50 | $8,580.72 | $38,942.03 | $87,673.97 |

Note: Purchases are reported based on month the transaction detail appeared on your FMA monthly statement.

## FMA Card Purchase Activity - Detail Report

### TRAVEL

**Airline**

| Purchase Date | Month Reported | Description | | Charge(Credit) | Bus/Pers |
|---|---|---|---|---|---|
| 03/05/08 | MARCH | PARK PLAZA NORTH | PHOENIX | $357.02 | [ ][ ] |
| 08/02/08 | AUGUST | DAYS INN CASA GRANDE | ELOY | 61.33 | [ ][ ] |
| 08/06/08 | AUGUST | HOLIDAY INNS EXPRESS | ARTESIA | 117.67 | [ ][ ] |
| 08/13/08 | AUGUST | TOWNEPLACE SUITES LAS | LAS CRUCES | 1,247.20 | [ ][ ] |
| 08/14/08 | AUGUST | COMFORT INN CASA GRAND | CASA GRANDE | 84.25 | [ ][ ] |
| Sub total | | | | $1,398.00 | |

**Hotel/Motel**

| Purchase Date | Month Reported | Description | | Charge(Credit) | Bus/Pers |
|---|---|---|---|---|---|
| 05/30/08 | JUNE | SOUTHWES528230790896 | | $406.50 | [ ][ ] |
| 05/30/08 | JUNE | SOUTHWES528230790896 | | 406.50 | [ ][ ] |
| 09/23/08 | OCTOBER | SOUTHWES528282307909961 | | 406.50 | [ ][ ] |
| 09/23/08 | OCTOBER | SOUTHWES52687592699983 | | 292.50 | [ ][ ] |
| 09/23/08 | OCTOBER | SOUTHWES52687592699984 | | 292.50 | [ ][ ] |
| 03/05/08 | MARCH | PARK PLAZA NORTH | PHOENIX | $357.02 | [ ][ ] |
| 08/02/08 | AUGUST | DAYS INN CASA GRANDE | ELOY | 61.33 | [ ][ ] |
| 08/06/08 | AUGUST | HOLIDAY INNS EXPRESS | ARTESIA | 117.67 | [ ][ ] |
| 08/13/08 | AUGUST | TOWNEPLACE SUITES LAS | LAS CRUCES | 1,247.20 | [ ][ ] |
| 08/14/08 | AUGUST | COMFORT INN CASA GRAND | CASA GRANDE | 84.25 | [ ][ ] |
| 11/01/08 | NOVEMBER | HOLIDAY INN EXPRESS | TUCSON | 91.65 | [ ][ ] |
| 11/02/08 | NOVEMBER | TOWNEPLACE SUITES LAS | LAS CRUCES | 169.57 | [ ][ ] |
| 11/03/08 | NOVEMBER | MOTEL 6 TEL SHOP-LAS CR | LAS CRUCES | 272.32 | [ ][ ] |

Ref#: 00000224-00001157

# smith barney

**Smith Barney Reserved Client**
**Financial Management Account**
**2008 Year End Summary**

MAX A SHINDLER TTEE
Account Number 518-078222-10 048

Page 7 of 12

## FMA Card Purchase Activity - Detail Report - Continued

### TRAVEL

**Hotel/Motel**

| Purchase Date | Month Reported | Description | | Charge/(Credit) | Bus/Pers | |
|---|---|---|---|---|---|---|
| 11/08/08 | NOVEMBER | BEST WESTERN HOTELS | YOUNGTOWN | $141.45 | [ ][ ][ ] | |
| Sub total | | | | $2,928.11 | | |

**Auto/Services**

| Purchase Date | Month Reported | Description | | Charge/(Credit) | Bus/Pers | |
|---|---|---|---|---|---|---|
| 01/14/08 | JANUARY | CHEVRON 0207103 | LAS VEGAS | $41.09 | [ ][ ][ ] | N O Y |
| 01/23/08 | FEBRUARY | CHEVRON 0207103 | LAS VEGAS | 46.50 | [ ][ ][ ] | |
| 02/01/08 | FEBRUARY | SHELL OIL 57427268305 | LAS VEGAS | 18.13 | [ ][ ][ ] | O B |
| 02/15/08 | FEBRUARY | SHELL OIL 57427268305 | LAS VEGAS | 50.28 | [ ][ ][ ] | |
| 02/26/08 | MARCH | CHEVRON 0207103 | LAS VEGAS | 39.36 | [ ][ ][ ] | A |
| 03/02/08 | MARCH | SHELL OIL 50293510056 | WICKENBURG | 50.25 | [ ][ ][ ] | R |
| 03/07/08 | MARCH | CHEVRON 0207103 | LAS VEGAS | 56.76 | [ ][ ][ ] | |
| 03/19/08 | MARCH | CHEVRON 0207103 | LAS VEGAS | 46.01 | [ ][ ][ ] | E |
| 04/07/08 | APRIL | SHELL OIL 57427268305 | LAS VEGAS | 52.00 | [ ][ ][ ] | M |
| 04/15/08 | APRIL | SPEEDEE MART #108 054 | LAS VEGAS | 56.66 | [ ][ ][ ] | |
| 04/24/08 | MAY | CHEVRON 0207103 | LAS VEGAS | 60.24 | [ ][ ][ ] | N |
| 05/05/08 | MAY | CHEVRON 0207112 | LAS VEGAS | 63.88 | [ ][ ][ ] | D |
| 05/17/08 | MAY | CHEVRON 0207103 | LAS VEGAS | 63.55 | [ ][ ][ ] | |
| 06/02/08 | JUNE | CHEVRON 0207103 | LAS VEGAS | 39.63 | [ ][ ][ ] | Z |
| 06/03/08 | JUNE | CHEVRON 0209894 | LAS VEGAS | 20.01 | [ ][ ][ ] | S |
| 06/27/08 | JULY | SHELL OIL 57427268305 | LAS VEGAS | 62.94 | [ ][ ][ ] | U |
| 07/09/08 | JULY | CHEVRON 0207103 | LAS VEGAS | 51.83 | [ ][ ][ ] | M |
| 07/20/08 | AUGUST | CHEVRON 0207103 | LAS VEGAS | 49.43 | [ ][ ][ ] | M |
| 07/30/08 | AUGUST | CHEVRON 0207103 | LAS VEGAS | 52.30 | [ ][ ][ ] | |
| 08/01/08 | AUGUST | SHELL OIL 57427268305 | LAS VEGAS | 46.76 | [ ][ ][ ] | A |
| 08/02/08 | AUGUST | CHEVRON 0213144 | KINGMAN | 26.61 | [ ][ ][ ] | R |
| 08/03/08 | AUGUST | SHELL OIL 50207030037 | BENSON | 41.35 | [ ][ ][ ] | R |
| 08/05/08 | AUGUST | SHELL OIL 53047880322 | LAS CRUCES | 37.96 | [ ][ ][ ] | Y |
| 08/08/08 | AUGUST | ALLSUPS 341 00280398 | RUIDOSO | 17.57 | [ ][ ][ ] | |
| 08/09/08 | AUGUST | CHEVRON 0076200 | EL PASO | 30.27 | [ ][ ][ ] | |
| 08/12/08 | AUGUST | SHELL OIL 53047880322 | LAS CRUCES | 13.64 | [ ][ ][ ] | |

# smith barney

**Smith Barney Reserved Client**
**Financial Management Account**
**2008 Year End Summary**

*MAX A SHINDLER TTEE*
*Account Number: 518-07822-10 048*

Ref: 000000224 00001168

## FMA Card Purchase Activity - Detail Report - Continued

### TRAVEL

**Auto Services**

| Purchase Date | Month Reported | Description | | Charge(Credit) | Bus/Pers |
|---|---|---|---|---|---|
| 08/13/08 | AUGUST | PICACHO FOOD & GAS MAR | PICACHO | $43.92 | [ ][ ][ ] |
| 08/14/08 | AUGUST | WOODY'S #138 CO8 | KINGMAN | 30.54 | [ ][ ][ ] |
| 08/18/08 | AUGUST | CHEVRON 0207103 | LAS VEGAS | 28.91 | [ ][ ][ ] |
| 08/26/08 | SEPTEMBER | CHEVRON 0207103 | LAS VEGAS | 38.57 | [ ][ ][ ] |
| 09/05/08 | SEPTEMBER | CHEVRON 0207103 | LAS VEGAS | 50.62 | [ ][ ][ ] |
| 09/15/08 | SEPTEMBER | SHELL OIL 57427268305 | LAS VEGAS | 65.01 | [ ][ ][ ] |
| 09/15/08 | SEPTEMBER | SHELL OIL 57427268305 | LAS VEGAS | 4.41 | [ ][ ][ ] |
| 10/02/08 | OCTOBER | CHEVRON 0207103 | LAS VEGAS | 53.36 | [ ][ ][ ] |
| 10/11/08 | OCTOBER | SHELL OIL 57427268305 | LAS VEGAS | 48.11 | [ ][ ][ ] |
| 10/16/08 | OCTOBER | CHEVRON 0207103 | LAS VEGAS | 79.56 | [ ][ ][ ] |
| 10/25/08 | OCTOBER | CHEVRON 0207103 | LAS VEGAS | 53.85 | [ ][ ][ ] |
| 11/01/08 | NOVEMBER | CHEVRON 0301277 | LAS VEGAS | 17.86 | [ ][ ][ ] |
| 11/01/08 | NOVEMBER | SHELL OIL 80547122054911 | WICKENBURG | 18.53 | [ ][ ][ ] |
| 11/02/08 | NOVEMBER | CHEVRON 0209363 | LORDSBURG | 24.23 | [ ][ ][ ] |
| 11/05/08 | NOVEMBER | SHELL OIL 5304788032211 | LAS CRUCES | 16.03 | [ ][ ][ ] |
| 11/08/08 | NOVEMBER | AZ CAR WASH #1 | SUN CITY | 24.35 | [ ][ ][ ] |
| 11/11/08 | NOVEMBER | SHELL 574272683GRS | LAS VEGAS | 42.51 | [ ][ ][ ] |
| 11/17/08 | NOVEMBER | CHEVRON 0207108 | LAS VEGAS | 26.11 | [ ][ ][ ] |
| 11/27/08 | DECEMBER | CHEVRON 0207103 | LAS VEGAS | 32.02 | [ ][ ][ ] |
| 12/08/08 | DECEMBER | CHEVRON 0207103 | LAS VEGAS | 27.39 | [ ][ ][ ] |
| 12/17/08 | DECEMBER | CHEVRON 0207103 | LAS VEGAS | 23.75 | [ ][ ][ ] |
| Sub total | | | | $1,934.45 | |

**Other**

| Purchase Date | Month Reported | Description | | Charge(Credit) | Bus/Pers |
|---|---|---|---|---|---|
| 01/08/08 | JANUARY | SAPPHIRE PRINCESS | SANTA CLARITA | $1,938.84 | [ ][ ][ ] |
| 11/14/08 | NOVEMBER | PRINCESS CRUISES PASSA | VALENCIA | 1,668.76 | [ ][ ][ ] |
| 11/14/08 | NOVEMBER | CARNIVAL CRUISE TKT/RE | MIAMI | 1,074.34 | [ ][ ][ ] |
| Sub total | | | | $4,681.94 | |

**TRAVEL TOTAL** $10,590.50

Ref: 00000224 00001172

# smith barney

**Smith Barney Reserved Client
Financial Management Account
2008 Year End Summary**

MAX A SHINDLER TTEE
Account Number : 518-07822-10 048

Page 12 of ..

## FMA Card Purchase Activity - Detail Report - Continued

### OTHER

**Services**

| Purchase Date | Month Reported | Description | | Charge(Credit) | Bus/Pers |
|---|---|---|---|---|---|
| 06/30/08 | JULY | COX*LAS VEGAS COMM SV | 702-383-4000 | $91.65 | [ ][ ][ ] |
| 07/08/08 | JULY | LUBRITZ & NASRI, LLP | LAS VEGAS | 250.00 | [ ][ ][ ] |
| 07/21/08 | AUGUST | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| 07/21/08 | AUGUST | DR WOLFGANG HAESE MD | LAS CRUCES | 5,500.00 | [ ][ ][ ] |
| 07/29/08 | AUGUST | COX*LAS VEGAS COMM SV | 702-383-4000 | 91.65 | [ ][ ][ ] |
| 08/04/08 | AUGUST | DR WOLFGANG HAESE MD | LAS CRUCES | 22000.00 | [ ][ ][ ] |
| 08/19/08 | AUGUST | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| 08/20/08 | AUGUST | DENTAL ARTISTRY | LAS VEGAS | 293.00 | [ ][ ][ ] |
| 08/26/08 | SEPTEMBER | DENTAL ARTISTRY | LAS VEGAS | 890.00 | [ ][ ][ ] |
| 08/30/08 | SEPTEMBER | COX*LAS VEGAS COMM SV | 702-383-4000 | 91.65 | [ ][ ][ ] |
| 09/04/08 | SEPTEMBER | DENTAL ARTISTRY | LAS VEGAS | 588.00 | [ ][ ][ ] |
| 09/03/08 | SEPTEMBER | SHEPHERD EYE CENTER - | LAS VEGAS | 170.76 | [ ][ ][ ] |
| 09/19/08 | SEPTEMBER | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| 09/29/08 | OCTOBER | COX*LAS VEGAS COMM SV | 702-383-4000 | 91.65 | [ ][ ][ ] |
| 10/20/08 | OCTOBER | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| 10/30/08 | NOVEMBER | COX*LAS VEGAS COMM SV | 702-383-4000 | 91.65 | [ ][ ][ ] |
| 11/03/08 | NOVEMBER | THE HAESE CLINIC | LAS CRUCES | 4,525.00 | [ ][ ][ ] |
| 11/19/08 | NOVEMBER | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| 11/19/08 | NOVEMBER | GOASLIND TRYLOVICH PER | LAS VEGAS | 145.00 | [ ][ ][ ] |
| 11/26/08 | DECEMBER | SHEPHERD EYE CENTER - | LAS VEGAS | (33.25) | [ ][ ][ ] |
| 11/30/08 | DECEMBER | COX*LAS VEGAS COMM SV | 702-383-4000 | 91.65 | [ ][ ][ ] |
| 12/19/08 | DECEMBER | PROTECTION ONE ALARM # | LAWRENCE | 39.95 | [ ][ ][ ] |
| Subtotal | | | | $36,942.06 | |
| OTHER TOTAL | | | | $36,942.06 | |

**CERTIFIED MAIL**

7009 3410 0000 6091 1387

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 16280    WASHINGTON DC

POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

UNITED STATES ATTORNEYS OFFICE
DISTRICT OF NEW MEXICO
555 S TELSHOR STE 300
LAS CRUCES NM 88011

Attention: Jacquie Gutierrez

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



UNITED STATES POSTAL SERVICE
1000
88011