IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:10-CR-130-JAP |
| vs. ) | |
| ) | |
| **CARL EMANUEL HAESE**, ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' SUPPLEMENTAL RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM AND OBJECTION TO PRE-SENTENCE REPORT

The United States of America hereby submits its Supplemental Response to Defendant's Sentencing Memorandum and Objection to the Pre-Sentence Report. As more fully set forth below, this supplemental response identifies two additional Lyme disease patients and their compensable expenses associated with their Lyme disease treatment from Defendant. In light of these additional, compensable expenses, the United States now seeks restitution in the amount of $170,223.53, plus pre-judgment interest, as required by the MVRA, and in any case under 18 U.S.C. § 3663. The United States further requests the Court to sentence Defendant to 33 months incarceration. *See* Doc. 53. The two additional Lyme disease patients are:

•     Cheryl Fidler. Defendant objects to paying any amount of restitution for Cheryl Fidler's Lyme disease treatment. Ms. Fidler was diagnosed with Lyme disease in 2003 and sought treatment for her disease, but her condition did not improve. Ms. Fidler then heard about Defendant and sought treatment at the Haese Clinic. Defendant confirmed Ms. Fidler's diagnosis of Lyme disease using the Bradford Microscope and told Ms. Fidler that he had treated over 300 patients for Lyme disease and stated that all of the patients got better from the treatment. Ms. Fidler agreed to receive Defendant's Lyme disease treatment and paid him approximately $5,412.00 for the treatment, although the treatment did not work. Attached as Exhibit 14 is a letter from Ms. Fidler regarding her Lyme disease treatment from Defendant and credit card statements showing payments to the Haese Clinic in the amount of $5,412.00.

- <u>Karen Lensinski</u>.  Defendant objects to paying any amount of restitution for Karen Lensinski's Lyme disease treatment.  Ms. Lensinski was diagnosed with Lyme disease in 1996 by a conventional medical doctor in Pennsylvania who treated her with antibiotics, without success.  Ms. Lensinski heard about Defendant and sought treatment from him against the advice of her doctor in Pennsylvania.  In January 2009, Lensinski met Defendant at the Haese Clinic.  Defendant examined Ms. Lensinski's blood under the Bradford Microscope and confirmed her previous diagnosis of Lyme disease.  Defendant told Ms. Lensinski that her blood "was a mess" and recommended a three-day treatment for over $5,000.00.  Prior to receiving the treatment, Defendant told Ms. Lensinski that he had treated over 3,000 patients for Lyme disease and that after receiving the treatment, his patients were "done with the disease and [able] to lead normal lives."  Defendant then told Ms. Lensinski that his treatment would work for her as well.  The treatment initially helped Ms. Lensinski's condition, but not to the extent Defendant indicated, and the Haese Clinic closed before Ms. Lensinski could complete her treatment.  Ms. Lensinski is still suffering from Lyme disease and is currently on disability from the disease.  Attached as Exhibit 15 is a Victim Impact Statement itemizing the costs of Ms. Lensinski's Lyme disease treatment which total $5,700.00.

WHEREFORE, in light of the these two additional Lyme disease patients, and their compensable expenses associated with their Lyme disease treatment from Defendant, the United States requests the Court to sentence Defendant to pay not less than $170,223.53, in restitution, plus prejudgment interest, to all of the victims. The United States further requests the Court to sentence Defendant to 33 months incarceration.  *See* Doc. 53.

    Respectfully submitted,

    KENNETH J. GONZALES
    United States Attorney

    **Electronically Filed 3/6/12**
    MARK A. SALTMAN
    ANDREA W. HATTAN
    Assistant United States Attorneys
    555 S. Telshor, Suite 300
    Las Cruces, NM 88011
    (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record, as well as the United States Probation Office, on this date.

     /s/
MARK A. SALTMAN
Assistant United States Attorney