U.S. Department of Justice
United States Attorney's Office
District of New Mexico in Las Cruces
Attention: Mark Saltman
555 S. Telshor Blvd.
Las Cruces, NM 88011

July 2, 2002

Dear: Mark Saltman:

My name is Cheryl Fidler. After suffering years of serious illnesses, I was finally given the cause of my illnesses. I was diagnosed with Lyme's Disease in 2003. This condition was confirmed by a positive Western Blot through IGeneX, Inc. and a Functional Acuity Contrast Test.

After a fourteen day hospital stay for Lyme related double pneumonia and a heart condition, the cardiac electro-physiologist who diagnosed my heart condition recommended that I be checked for heavy metals, and said that having the metals removed could save my heart. Testing showed I was positive for heavy metals. So after being released from the hospital, I sought chelation treatments in the only chelation clinic in Louisiana. The chelation at the clinic in Louisiana did not go well so I came to El Paso with friends to regain my strength. During that time I heard about the Haese Clinic and sought Dr. Haese's help for my heavy metal poisoning.

During my first visit with Dr. Carl Haese, I told him I had lyme's disease and heavy metal poisoning. He confirmed my Lyme test with his "special" microscope. He stated that he had cured over 300 cases of Lyme. I was given the contact numbers for several of his "cured" patients. They all stated they were better. Later I discovered that many of them had to repeat the procedure two or three times. He told me that in order for the lyme treatment to be completed and effective, I had to follow the lyme treatments with chelation. A pic line was placed in my arm and I began receiving treatments daily for ten days. The treatment was so physically and mentally draining that I had to stay with a friend in Las Cruces during its duration as I was physically unable to drive my car. During this time I was so out of it. I felt as though I was in someone else's body. It was a horrible experience but one I endured with the hope that once and for all I would regain my health and get my life back.

Dr. Haese and his clinic were under investigation by the FDA during my treatments. An FDA agent called me several times. Kim, the nurse at the clinic, called me into the office several times and would nod her head up and down (yes) repeatedly as she told me that we (the clinic) can't ask for your help but that they needed your help. Dr. Carl Haese told me that if we (the clinic) are to make people well we need someone to tell the FDA they are feeling better. I passed on information about the treatments to friends, acquaintances and family. I even sent information about the clinic to Perry Fields, a Lyme advocate. I told the agent from the FDA that I was getting better. I



GOVERNMENT EXHIBIT 14

prayed I would, and convinced myself that finally, there was a way that I could get better. Later on, I was asked to write letters on behalf of the clinic by not mention any lyme treatments.

I did not get better. I got worse. My mental clarity was shot. I began getting paranoid. I began having crushing headaches. I felt like my head had been placed in a vise. I was constantly exhausted and soaked in sweat. Dr. Haese continued to encourage me. About two weeks after the Lyme treatments were finished, I began chelation for the removal of my heavy metals. My veins in my arms had deteriorated so much that the clinic was using the veins in my ankles for the treatments. I frequently left the clinic with ice packs on my leg so that I could make the drive back to El Paso. I had chelation treatments twice a week for weeks and weeks. My condition continued to deteriorate. Dr. Haese promised me he would take care of me.

Desperate to see my family who unfortunately understand little about Lyme's Disease, I drove back to Louisiana. The clinic knew of my plans as they were going to be closed on vacation. I had to stop for four or five days along the way because of my weakened condition. I drank bottle after bottle of water to try and replenish the sweat that was soaking me. After several weeks in Louisiana, realizing that I was still very sick, I had only one thought in my head - that I needed to go back to the clinic for help. I had to stop in Shreveport because I was too weak to go on. I had thrown up in the car before stopping at the hotel. An employee of the hotel called an ambulance, and I was taken to the emergency room. I received IV fluids there.

The rest is pretty foggy to me. As I continued my drive back to El Paso, at some point I lost consciousness and veered off the road and totaled my car. I was air lifted to the Medical Center Hospital in Odessa, TX and placed on a ventilator. I was diagnosed with head trauma (closed head injury), fluid in my pelvic area and knocks to the liver. Lab tests showed that I had hyponatremia (see attached handout). In retrospect, I can now see that the symptoms of hyponatremia fit the ones that I began having during and after the Lyme treatment at the Haese Clinic. The common symptoms include: abnormal mental status, decreased consciousness, fatigue, headache, muscle weakness, nausea, restlessness and vomiting. Due to the head trauma, my "abnormal" mental status and the confusion it caused, I was placed in physiologist Hospital in San Angelo, TX for two weeks.

I returned to the Haese Clinic and saw Dr. Haese one time. After that he never was there for the appointments. One day, I drove all the way up to his clinic for an appointment with him. He saw me, and still he got into his car and drove off. Kim, the nurse, told me later that Dr. Haese had not seen me because he was building a new home, taking a trip to Hawaii, and so on. I found out later that he was avoiding seeing his patients.

I was given vitamin therapy and other IV's during my appointments. When I reviewed all that had happened, Kim, the nurse, informed me that I should have been receiving treatments on their SA8 machine to move the toxins out through the lymphatic system.

She said that the machine had not been used for months. After three or four more visits, Kim finally put me on the SA8 machine for a very short time. She took me off because she had to pick up her children.

Shortly after this visit, I began to question the treatments I was receiving at the Haese clinic. I sought help from several other doctors in El Paso. Two weeks ago, was the first time I have driven my car more than thirty miles. I am just now regaining my mental clarity and some semblance of strength and stamina. It has been a long, tough struggle.

I have lost my vehicle, computer, relationships with family and friends, and now am weighed down with enormous medical bills. I find myself having to start over with almost nothing. I now have a breathing problem caused by the ventilator and have to sleep with oxygen. I need to see a cardiologist, endocrinologist and a real lyme specialist. Before I had the treatment, my eyes were so dark brown they looked almost black. I needed glasses only for reading. My eyes are now lighter brown and are unable to hold focus. I now have to wear glasses all the time in order to see properly. I have nightmares about the accident and the hospital stays. I feel like my life was turned upside down and sent on a downward spiral.

Jim Hallman and I asked for receipts for our treatments and the exact components of the treatments we had received. No receipts were ever given to either of us. At one point Dr. Carl Haese discussed my medications prescribed by another physician. He strongly cautioned me against using the brand Genotropin growth hormone as it causes lymphomas at the injection site. Some weeks later, he suggested he could sell the growth hormone for me. Of course, I did not respond. The partial bill I did receive was in Wolfgang Haese's name, his diseased father.

If I can help you with any further information, please contact me at (318) 955-3469.

Respectfully yours,

Fax Server                    9/18/2009 4:06:13 PM  PAGE  2/003   Fax Server

Sep 18 2009

Page 2 of 3
Payment Due Date    New Balance    Past Due Amount    Minimum Payment

$ [          ]

Make your check payable to:
Chase Card Services.
Please write amount enclosed.
New address or e-mail? Print on back.

00449 DEX 264000 C
CHERYL K FIDLER

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

# CHASE

Statement Date:
01/10/09 - 02/09/09

Minimum Payment:
Payment Due Date:

Manage your account online:
www.chase.com/creditcards

Additional contact information
conveniently located on reverse side

## ACCOUNT SUMMARY

| | VISA Account Number: |
|---|---|
| Previous Balance | Total Credit Line |
| Payment, Credits | Available Credit |
| Purchases, Cash, Debits | Cash Access Line |
| New Balance | Available for Cash |

## CHASE FREEDOM REWARDS SUMMARY

Previous Month's Balance
Bonus Earnings on top purchase categories
Rewards Earned on Purchases
Rewards Earned through Chase Rewards Plus
Current Rewards Total
Rewards Earned Year to Date

Enjoy your rewards - get a $50 check when you
reach $50 in Cash Back Rewards or switch to
Points to redeem for gift cards, travel and
merchandise, starting at just 1,000 points.

$29.10 rewards will expire on statement in                February 2012

Your Chase Freedom credit card allows you to earn cash back fast. You will earn 3% cash back in the 5 Everyday categories
where you spend the most and 1% cash back for all other purchases. You earn triple cash back where you spend the most
automatically! You can redeem your rewards for a check once you earn $50 in Cash Back Rewards. To redeem your rewards, go
online to www.chase.com/rewards or call us at (800) 603-2265.

## ACCOUNT ACTIVITY

Date of
Transaction
01/30
01/26    THE HAESE CLINIC LAS CRUCES NM                                         2910.00

## FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | | | | | | | |
| Cash advances | | | | | | | |

Total finance charges

Effective Annual Percentage Rate (APR):

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

## IMPORTANT NEWS

· We are bringing you clear and simple. Take a
look at the new format of your statement - we hope you
find it easier to read. It still has everything you need on
the front and back, with information simply displayed.

· Get unlimited local & long distance calling with Vonage for
$24.99/Month every month. You'll get 25 great features at no
extra cost. See Vonage.com/911. High Speed Internet re-
quired. For details identify yourself as a Chase cardmember
and call 800-807-8963 or visit www.vonage.com/start14 today!

**This Statement is a Facsimile - Not an original**

View Statements

There is a minimum **FINANCE CHARGE** of    for any billing period in which a Finance
Charge is imposed.

**Payments & Credits**

**Total Payments & Credits:**

**Purchases**

| 1/20 | THE HAESE CLINIC | LAS CRUCES, NM | $2,500.00 |

9/15/2009