# VICTIM IMPACT STATEMENT

UNITED STATES V. Carl Haese

CASE NO. _____

NAME: Karen Lesinsky (Lensinski)

Please continue your statement for the following questions on an additional sheet of paper if needed.

How have you and members of your family been affected by this case?

My field of visual (floaters) is better. The lab was shut down before treatment was completed. I was counting on the second round of treatment.

Have you or members of your family received counseling or therapy as a result of this crime? Please explain.

None

Revised 6/2006



GOVERNMENT EXHIBIT 15

# VICTIM IMPACT STATEMENT

Financial Statement

### A. DAMAGES

1. List property lost, destroyed or damaged and its value. (Wherever possible, attach supporting documents such as receipts, repair bills, etc.)

   $ 0
   $ 0
   $ 0

2. List medical expenses relating to physical, psychiatric, or psychological care. (And again, attach supporting receipts)

   Lyme Disease Treatment from Carl Haese    $ 5000.00

3. Physical/occupational therapy expenses:    $ 0

4. List lost income or wages:    $ 0

5. List miscellaneous expenses - transportation, child care, attorney fees, etc. (Please list type & amount)

   Airfare / Hotel    $ 400.00
                      $ 300.00
                      $

   **TOTAL LOSS:**    $ 700.00

### B. REIMBURSEMENT RECEIVED (Please attach receipts)

1. Property Insurance:    $ 0

2. Medical Insurance:    $ 0

3. Other (Please list source and amount)
   $ 0
   $ 0
   $ 0

   **TOTAL REIMBURSEMENT:**    $ 5,700.00

Revised 6/2006