# UNITED STATES DISTRICT COURT
**District of New Mexico**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Carl Emanuel Haese** | **Amended Judgment in a Criminal Case - Reason:**<br>**Direct Motion to District Court Pursuant to Modification of Restitution Order**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:10CR00130-001JP**<br>USM Number: **50584-051**<br>Defense Attorney: **Jess Lilley** |

THE DEFENDANT:

☒ pleaded guilty to count(s) **Information**
☐ pleaded nolo contendere to count(s)  which was accepted by the court.
☐ after a plea of not guilty was found guilty on count(s)

The defendant is adjudicated guilty of these offenses:

| *Title and Section* | *Nature of Offense* | *Offense Ended* | *Count Number(s)* |
|---|---|---|---|
| 18 U.S.C. Sec. 1343 | Wire Fraud | 10/15/2008 | |

The defendant is sentenced as provided in pages 2 through **6** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The Court has considered the United States Sentencing Guidelines and, in arriving at the sentence for this Defendant, has taken account of the Guidelines and their sentencing goals. Specifically, the Court has considered the sentencing range determined by application of the Guidelines and believes that the sentence imposed fully reflects both the Guidelines and each of the factors embodied in 18 U.S.C. Sec. 3553(a). The Court also believes the sentence is reasonable and provides just punishment for the offense.

☐ The defendant has been found not guilty on count .
☐ Count   dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**3/22/12**
Date of Imposition of Judgment

**/s/ James A. Parker**
Signature of Judge

**Honorable James A. Parker**
**Senior United States District Judge**
Name and Title of Judge

**6/29/12**
Date Signed

Defendant: **Carl Emanuel Haese**
Case Number: **2:10CR00130-001JP**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **27 months**.

☒ The court makes the following recommendations to the Bureau of Prisons:

**Fort Worth Federal Medical Center, Fort Worth, Texas, if eligible**

☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at  on
  ☐ as notified by the United States Marshal.
☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☒ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:



Defendant delivered on _____ to
_____ at _____ with a Certified copy of this judgment.


_____
UNITED STATES MARSHAL

By
_____
DEPUTY UNITED STATES MARSHAL

Defendant: **Carl Emanuel Haese**
Case Number: **2:10CR00130-001JP**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state, or local crime.
The defendant shall not unlawfully possess a controlled substance.
The defendant shall refrain from any unlawful use of a controlled substance.
The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable).
- ☒ The defendant shall cooperate in the collection of DNA as directed by statute. (Check, if applicable).
- ☐ The defendant shall register with the state, local, tribal and/or other appropriate sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Criminal Monetary Penalties sheet of this judgment.
The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

Defendant: **Carl Emanuel Haese**
Case Number: **2:10CR00130-001JP**

## SPECIAL CONDITIONS OF SUPERVISION

**The defendant must submit to a search of his person, property, or automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting illegal narcotics, firearms, and other dangerous weapons at the direction of the probation officer. He must inform any residents that the premises may be subject to a search.**

**The defendant will be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without prior approval of the probation officer.**

**The defendant must provide the probation officer access to any requested financial information, personal income tax returns, authorization for release of credit information, and other business financial information in which the defendant has a control or interest.**

**Defendant is required to report to Pre-Trial/Probation, as directed, until date of voluntary surrender.**

**The defendant must not have any direct or indirect contact or communication with the victims, or go near or enter the premises where the victims are located, except under circumstances approved in advance and in writing by the probation officer.**

Defendant: **Carl Emanuel Haese**
Case Number: **2:10CR00130-001JP**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accordance with the schedule of payments.
☐   The Court hereby remits the defendant's Special Penalty Assessment; the fee is waived and no payment is required.

| Totals: | Assessment | Fine | Restitution |
|---|---|---|---|
| | $100 | $10,000.00 | $170,078.01 |

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.
Payment of the total fine and other criminal monetary penalties shall be due as follows:
The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

A   ☒  In full immediately; or
B   ☐  $ immediately, balance due (see special instructions regarding payment of criminal monetary penalties).

**Special instructions regarding the payment of criminal monetary penalties:Criminal monetary penalties are to be made payable by cashier's check, bank or postal money order to the U.S. District Court Clerk, 333 Lomas Blvd. NW, Albuquerque, New Mexico 87102 unless otherwise noted by the court. Payments must include defendant's name, current address, case number and type of payment.**

**Pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to all of the victims listed in the judgment. The defendant will pay a combined total of $170,078.01. Of that total the defendant will pay $85,039.00, half of the total amount, in a lump sum payment prior to the commencement of his sentence of imprisonment. The remaining half, $85,039.00, will be paid in monthly installments of $2,362.20 for 36 months or the duration of his supervised release. If any additional restitution is requested, the Court will hold a final hearing on restitution 90 days after sentencing in this case.**

**The United States Probation Office, or, after Defendant completes any term of supervised release the Court imposes, the United States Attorney`s Office for the District of New Mexico, may revise the monthly payment amount depending on the Defendant`s financial circumstances. No later than July 1st of each year, until restitution is paid in full, the Defendant shall provide to the Financial Litigation Unit, United States Attorney`s Office, PO Box 607, Albuquerque, New Mexico 87103 (1) a financial statement, and (2) a copy of the Defendant`s most recent tax returns.**

**The victims and restitution amounts are as followed:**

**Daniel Anderson & Stephanie Anderson - $1,632.62**

**Joseph Arrivi - $13,046.09**

**Julia Besner - $20,877.00**

**Karen Carver - $3,568.17**

**Cheryl Fidler - $5,412.00**

**James Hallman & Kathleen Hallman - $25,259.91**

**Dona LaBrenz & Richard LaBrenz - $16,510.59**

**Carol Munson - $6,283.44**

**Max Shindler - $34,995.00**

**Karen Poole - $7,268.88**

**Alan Schuets & Jennifer Schuets - $12,729.36**

**Todd Stockton - $8,959.33**

**Amanda Winkle - $7,980.14**

**Karen Lesinsky - $5,555.48**

**The defendant will pay a fine of $10,000.00. This sum will be paid in monthly payments of $277.77 during his 36 month term of supervised release. Collection of this fine will commence after the outstanding restitution amount has been paid in full.**

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney.